ELECTRONICALLY FILED
Saline County Circuit Court
Myka Bono Sample, Circuit Clerk
2025-Apr-08 10:59:30
63CV-25-453
C22D03 : 4 Pages

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
THIRD DIVISION

**KEITH LAMONT FRAZIER**                                    **PLAINTIFF**

vs.                          NO. 63CV-25-453-3

**CITY OF ALEXANDER, ET AL**                                **DEFENDANTS**

### ANSWER TO AMENDED COMPLAINT

Comes now the Separate Saline County Defendant, Investigator Gary Robertson, Jr., in his official and individual capacities (referred to collectively herein as the Separate County Defendant), and for his Answer to Plaintiff's Amended Complaint, do state the following:

1. The allegations in the Amended Complaint do not appear to be directed towards the Separate County Defendant and, therefore, require no response from these Defendants, except for the third paragraph listed in the Amended Complaint; to the extent that the other allegations in the Amended Complaint in whole or in part, are directed toward the Separate County Defendant or otherwise require a response from these Defendant, such allegations are, as pleaded, denied.

2. The allegations contained in the third paragraph listed in the Amended Complaint are also denied by the Separate County Defendant.

3. The Separate County Defendants affirmatively plead that the laws and constitution of the State of Arkansas and the official and authentic records of Saline County and all relevant courts speak for themselves, that Investigator Gary Robertson, Jr., was Saline County Investigator during the relevant times of the Amended Complaint.

4. The Separate County Defendant respectfully demands a trial by jury on all genuine issues of material fact and join in the Plaintiff's demand for the same, as set forth in paragraph under the <u>DEMAND FOR JURY TRIAL</u> heading.

5. The Separate County Defendant denies the Plaintiff's entitlement to any relief in this

**EXHIBIT 11**

action, including, but not limited to the relief requested in the unnumbered "Wherefore clause" of the Plaintiff's Complaint, the allegations of which are denied.

6. The Separate County Defendant specifically and expressly denies each and every allegation of Plaintiff's Amended Complaint not specifically and expressly admitted herein.

7. The Separate County Defendant asserts and reserves the right to file an Amended Answer or other responsive pleading(s) and/or to assert additional affirmative and other defenses after Defendants have had a chance to investigate the claims and allegations in Plaintiff's Amended Complaint.

## AFFIRMATIVE DEFENSES

8. The Separate County Defendant asserts the following affirmative defenses:

   A. Punitive damages immunity, *see City of Newport v. Fact Concerts, Inc.*, 453 U.S. 247, 69 L.Ed.2d 616, 101 S.Ct. 2748 (1981);

   B. Qualified immunity;

   C. Tort immunity and statutory tort immunity, *see* Ark. Code Ann. §21-9-301;

   D. Sovereign immunity;

   E. Statutory vicarious liability/respondeat superior immunity, *see* Ark. Code Ann. §21-9-301;

   F. The Separate County Defendant is not a proper parties to a tort action in any event, *see* Ark. Code Ann. § 23-79-210;

   G. Justification in every applicable form;

   H. Privilege in every applicable form;

   M. Assumption of Risk, as applicable;

   N. Unclean Hands, as applicable;

   M. *Heck v. Humphrey* and collateral estoppel and res judicata, as applicable;

N.     Mootness, as applicable;

O.     Waiver/Estoppel/Laches, as applicable;

P.     Self defense and defense of others, as applicable;

Q.     The Separate County Defendant has probable cause, and certainly arguable probable cause, to arrest the Plaintiff;

R.     No unconstitutional county policy or custom existed and certainly none that were "the moving force" behind any underlying violation of the Plaintiff's rights;

R.     Comparative fault and/or contributory negligence, as applicable;

S.     The Separate County Defendant avails himself of all applicable defenses under Rules 8 and 12 of the Arkansas Rules of Civil Procedure;

T.     The Plaintiff has failed to state a claim upon which relief can be granted;

U.     The Separate County Defendant avails himself of all statute of limitations defenses applicable to this claim, including, but not limited to Ark. Code Ann. 16-56-101, *et seq.*;

V.     The Separate County Defendant reserves and preserves the right to assert any available counterclaims and/or third-party claims under Ark. R. Civ. Proc. 13 & 14.

Respectfully submitted,

INVESTIGATOR GARY ROBERTSON, JR.,
in his official and individual capacities, *Separate County Defendant*

/s/ Daniel K. Faulkner
Daniel K. Faulkner
Ark. Bar. No. 2002168
OWENS & PARKER LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850

Conway, Arkansas 72033-0850
**Physical Address:** 1312 W. Oak Street
Conway, Arkansas 72034
Telephone: (501) 764-4334
Telefax: (501) 764-9173
email: faulkner@jowenslawfirm.com

### **CERTIFICATE OF SERVICE**

I, Daniel K. Faulkner, hereby certify that on the 8th day of April, 2025, I electronically filed the foregoing with the Clerk of the Court using the Arkansas Judiciary Electronic Filing system, and I mailed the document by United States Postal Service to the following non eFlex participant:

Keith Lamont Frazier
15202 Peak Loop
Alexander, AR 72002

    /s/ Daniel K. Faulkner
Daniel K. Faulkner