## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

KEITH LAMONT FRAZIER                                              PLAINTIFF

vs.                      NO. 4:25-cv00338-LPR

CITY OF ALEXANDER, et al                                     DEFENDANTS

### SEPARATE DEFENDANT'S MOTION TO DISMISS

Comes Now, Investigator Gary Robertson, in his individual and official capacity, by and through Undersigned Counsel, and for their Motion to Dismiss herein state and allege:

1. Plaintiff filed suit against Separate Defendant, Gary Robertson, in his individual and official capacities.

2. Pursuant to Federal Rule of Civil Procedure 12, Plaintiff has failed to state a claim upon which relief can be granted. For these independent reasons, the Separate Defendant should be dismissed from this action in both his individual and official capacities.

3. The Separate Defendant has filed a brief in support of the instant motion contemporaneously herewith and the same is incorporated by reference herein as if repeated word for word.

4. For the reasons stated herein and in the accompanying brief, Separate Defendant is entitled to dismissal of the Amended Complaint against him.

5. Separate Defendant reserves the right to plead further and retain the following defenses:

A. The Separate Defendant is entitled to tort and negligence immunity and statutory tort and negligence immunity, and punitive damages immunity. see Ark. Code Ann. §21-9-301 & Ark. Code Ann. § 23-79-210;

B. The Separate Defendant asserts all applicable provisions of the Prison Litigation Reform Act (PLRA) including failure to exhaust administrative remedies against the Separate Defendant, and all other applicable provisions of the PLRA including damages limitations and fee limitations;

C. Sovereign immunity only to the extent found applicable;

D. Acquired Immunity Doctrine only to the extent found applicable;

E. Any all available state and federal immunities to which the Separate Defendant is entitled including but not limited to statutory, tort, qualified, and punitive damages immunity, only to the extent found applicable;

F. The Plaintiff has failed to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6);

G. Waiver, estoppel, laches, unclean hands, and bad faith;

H. Defendant asserts all limitations periods as found applicable;

I. Common defense doctrine only to the extent found applicable;

J. The Separate Defendant avails themselves of all applicable defenses under Rules 8 and 12 of the Federal Rules of Civil Procedure;

K. The Separate Defendant reserves and preserves the right to assert any available counterclaims and/or third-party claims under Fed. R. Civ. Proc. 13 & 14.

WHEREFORE, Separate Defendant respectfully requests the Court dismiss the Amended Complaint and for all other just and proper relief to which he is entitled.

Respectfully submitted,

INVESTIGATOR GARY ROBERTSON, JR.,
in his official and individual capacities, Separate County Defendants

2

                                              Kaylen S. Lewis
                                              Ark. Bar. No. 2012254
                                              OWENS & PARKER LAW FIRM, P.A.
                                              Mailing Address: P.O. Box 850
                                              Conway, Arkansas 72033-0850
                                              Physical Address: 1312 W. Oak Street
                                              Conway, Arkansas 72034
                                              Telephone: (501) 764-4334
                                              Telefax: (501) 764-9173
                                              email: lewis@jowenslawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2025, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participant:

Keith Lamont Frazier
15202 Peak Loop
Alexander, AR 72002

                                              <u>Kaylen S. Lewis</u>
                                              Kaylen S. Lewis