**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KEITH LAMONT FRAZIER**                                                                 **PLAINTIFF**

v.                                    **CASE NO. 4:25-CV-00338-LPR**

**CITY OF ALEXANDER, et al.**                                                        **DEFENDANTS**

**<u>DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

COME NOW, Defendants Chief Robert Burnett, Jessica Burnett, Johnathan Hobby, Dillion Shaw, and Chris Madison in their Official and Individual capacities, by and through undersigned counsel, M. Keith Wren, and for their Motion to Dismiss Plaintiff's Complaint, state:

1. Plaintiff has alleged multiple claims that are barred by the doctrine of res judicata.

2. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

3. Plaintiff has failed to sufficiently allege a claim of excessive force or failure to intervene within the meaning of the Fourth Amendment, and both must be dismissed.

4. Plaintiff has alleged claims of violations of federal statutes that lack a private cause of action and must be dismissed.

5. Plaintiff has no claim for alleged violations of 18 U.S.C. §§ 241, 242.

6. Plaintiff's claim of Defendants' violation of the United States Flag Code must be dismissed.

7. Plaintiff's claims of violations of 42 U.S.C. § 1985 and § 1986 must be dismissed because he has failed to establish a "meeting of the minds."

8. Plaintiff has not established a claim for which recovery is available under the Arkansas Civil Rights Act.

9. Plaintiff's claim that there was unlawful use of the Arkansas Criminal Information System must be dismissed.

10. Plaintiff's claim of Assistant Chief Burnett failing to wear a body camera must be dismissed.

11. Plaintiff has not sufficiently plead a claim for intentional infliction of emotional distress.

12. Plaintiff has not sufficiently plead a claim for intentional infliction of pain and suffering.

13. Plaintiff has not demonstrated that any of the elements of defamation are met.

14. Plaintiff has not sufficiently plead a claim for a violation of the Arkansas Freedom of Information Act.

15. Plaintiff lacks standing to seek criminal charges against the Defendants.

16. Plaintiff is not entitled to perform a citizen's arrest of Assistant Chief Burnett.

WHEREFORE, Plaintiff's Complaint should be dismissed with prejudice, and for all other just and proper relief.

        Respectfully Submitted,

        City of Alexander, et al.
        **SEPARATE DEFENDANTS**

By:    M. Keith Wren
        Ark. Bar No. 94107
        Attorney for Defendants
        P.O. Box 38
        North Little Rock, AR 72115
        Telephone: (501) 374-3484, ext. 163
        Email: mkwren@arml.org

**CERTIFICATE OF SERVICE**

      I, M. Keith Wren, do hereby certify that the above and foregoing has been electronically mailed or mailed by ordinary mail with sufficient postage affixed thereon, on April 10, 2025, to:

Keith Lamont Frazier
15202 Peak Loop
Alexander, AR 72202

                                            */s/ M. Keith Wren*
                                            M. Keith Wren