THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS

CIVIL DIVISION

**KEITH LAMONT FRAZIER**

Plaintiff

No. 63CV-24-2132-2

v.

**ASSISTANT CHIEF BURNETT, ET AL**

Defendant

## COMPLAINT

COMES NOW Plaintiff, KEITH LAMONT FRAZIER, Pro Se Attorney, and for his Complaint against Defendant(s), states and alleges the following:

### I. RESIDENCY AND PARTIES

1. Plaintiff, KEITH LAMONT FRAZIER, was at all times relevant a citizen and resident of 15202 Peak Loop, Alexander, AR 72202.

2. Defendant, Assistant Chief Burnett et al, was at all times relevant a resident of Alexander Police Department.

3. The incident giving rise to this cause of action occurred at the Alexander Police Department.

### II. JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to Ark. Const. Amendment 80 § 6, which provides that circuit courts shall have jurisdiction of all justiciable matters not otherwise assigned pursuant to the Arkansas Constitution, and pursuant to Ark. Code Ann. § 16-13-201(a), which provides that circuit courts shall have original jurisdiction is given to other courts.

5. Venue is proper pursuant to Ark. Code Ann. § 16-60-101.

Exhibit 1

Exhibit A

III. **BASIC PREMISE**

6. This is a civil case which arises from the violation of 18 U.S.C.§ 241 for CONSPIRACY AGAINST RIGHTS.

7. Violation of 18 U.S.C. § 242 DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW.

8. Violation of 42 U.S.C. § § 1985, 1986 CONSPIRACY AND NEGLIGENCE.

9. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED).

10. INTENTIONAL INFLICTION OF PAIN AND SUFFERING (IIPS).

11. DEFAMATION OF CHARACTER – LIBEL.

12. FREEDOM OF INFORMATION ACT (FOIA) violations.

13. Unlawful use of the Arkansas Criminal Information Center (ACIC).

14. Failure to utilize a Body Worn Camera (BWC), when requested by Plaintiff for evidentiary usage.

15. F.B.I Agent Dan (last name unknown), and Chris Givens, representative for the ARKANSAS ATTORNEY GENERAL'S office for the violation of 28 U.S.C § 1361.

16. Title IV, Book 1 through 8 of the FLAG CODE.

IV. **FACTS**

17. On or about November 26, 2024, I visited the Alexander Police Department, located at 14701 Highway 111, Alexander, AR, to inquire why there was no American flag located on their premises, on their patrol cruisers, and later discovered, on their uniforms. I was met by Sergeant B. Hobby (Badge number 203) and Officer D. Shaw (Badge number 209) who threatened me with DISORDERLY CONDUCT and DISTURBING THE PEACE. After being told numerous times to shut my mouth, in an angry and unprofessional tone of voice, was later a victim of BATTERY and ASSAULT. We later reconciled and he apologized heartfully and authentically.

18. On or about November 27, 2024, revisiting the same location to file a complaint for failure to have a flag on their premises, Assistant Chief Burnett interjected my past criminal history from 2003 to me. I informed her that what she stated,

Exhibit 1

without a crime being committed, was a crime itself. I demanded she get her BWC, and she removed herself behind the AUTHORIZED PERSONNEL ONLY door. I asked a nearby officer if he had a operational BWC, and asked for an additional complaint form from Assistant Chief Burnett, which she later provided. I discovered that both Chief Burnett and Assistant Chief Burnett were husband and wife, violating the NEPOTISM and FRATERNIZATION policy in the POLICE POLICIES AND PROCEDURES manual. My FOIA request for the Shannon Hills Police Departments POLICE POLICIES AND PROCEDURES manual was denied. I later picked up the Shannon Hills manual from Chief Spears, and have it as evidence. She gave me an edited manual, removing vital sections which she and Chief Burnett were in violation of.

19. I found out, when visiting the Little Rock Veterans Administration, that my ACIC report had libelous information added which forced me to have to wait for a psychiatrist to administer a psychological exam on me for reasons unknown.

### V.   INJURIES AND COMPENSATORY DAMAGES

20. All of the allegations previously pleaded herein are re-alleged as though stated word-for-word.
21. Plaintiff, KEITH LAMONT FRAZIER, sustained damages as a result of the occurrences giving rise to the complaint.
22. Plaintiff, KEITH LAMONT FRAZIER, is entitled to the following damages:

    a) Whatsoever is applicable for said violations and breaches of POLICIES AND PROCEDURES, as warranted by law.

### VI.   DEMAND FOR JURY TRIAL

23. Plaintiff, KEITH LAMONT FRAZIER, hereby demands a trial by jury.

### VII.   DEMAND AND PRAYER

24. Plaintiff, KEITH LAMONT FRAZIER, demands judgment against Defendant, Assistant Chief Burnett, for an unspecified amount that exceeds the amount required for federal court jurisdiction in diversity of citizenship cases.

Keith Lamont Frazier
*[signature]*
**Pro Se Attorney**

Exhibit 1