U.S. District Court
Eastern District of Arkansas (Central Division)
CIVIL DOCKET FOR CASE # 4:25-cv-00032-BRW
Internal Use Only

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 2 9 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

Frazier v. Burnett, et al
Assigned to: Judge Billy Roy Wilson
Case in other court: Saline County Circuit Court, 63-CV-24-2132-2
Cause: 28:1441 Petition for Removal – 42:1083 Civil Rights

Date Filed: 01/15/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Right: Other
Jurisdiction: U.S. Government Defendant
Trial Date: 01/20/2026

**Plaintiff**

Keith Lamont Frazier                    represented by    Keith Lamont Frazier
                                                          15202 Peak Loop
                                                          Alexander, AR 72002
                                                          PRO SE

V.

**Defendant**

Burnett, et al
*Assistant Chief, Alexander Police Department*

**Defendant**

Chris Givens
*Assistant United States Attorney*                represented by    Shannon S. Smith
                                                          U.S. Attorney's Office
                                                          Eastern District of Arkansas
                                                          P.O. Box 1229
                                                          Little Rock, AR 72203-1229
                                                          501-340-2600
                                                          Fax: 501-340-2730
                                                          Email: Shannon.Smith@usdoj.gov
                                                          LEAD ATTORNEY
                                                          ATTORNEY TO BE NOTICE

**Defendant**

Dan (last name not given)                represented by    Ryan Kennedy
FBI Agent                                                 Chief Division Counsel
                                                          FBI Headquarters Little Rock
                                                          24 West Shackleford Boulevard
                                                          Little Rock, AR 72211

### PETITION

COMES NOW Plaintiff, KEITH LAMONT FRAZIER, Pro Se Attorney, and for his Amended Complaint against Defendant(s), adds to the amended complaint the following:

Exhibit 2

## AMENDMENT TO COMPLAINT

- Violation of 42 U.S.C. § 1983 CIVIL ACTION FOR DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, in additional to:

- Violation of 42 U.S.C. § § 1985, 1986 CONSPIRACY AND NEGLIGENCE

- INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED).

- FREEDOM OF INFORMATION ACT (FOIA) violations.

- Unlawful use of the Arkansas Criminal Information Center (ACIC).

- Failure to utilize a Body Worn Camera (BWC), violating Alexander Policies and Procedures, when requested by Plaintiff for evidentiary usage.

- FBI Agent Dan (last name not given), and Chris Givens. Assistant United States Attorney for violation of 28 U.S.C. § 1361 ACTION TO COMPEL AN OFFICER OF THE UNITED STATES TO PERFORM HIS DUTY. NEGLIGENCE.

- TITLE IV, Book 1 through 8 of the U.S. Flag Code.

## RESIDENCY AND PARTIES

- Plaintiff, KEITH LAMONT FRAZIER, was at all times relevant a citizen and resident of 15202 Peak Loop, Alexander, AR 72002.

- Defendant, Chief Burnett, Assistant Chief Burnett, Sgt. B. Hobby, Ofc. D. Shaw, at were all times relevant residents of the Alexander Police Department.

- Chris Given, Assistant United States Attorney, and FBI Agent Dan (last name not given) were in their official capacity and represented their Government Entities.

## BASIS FOR VENUE AND JURISDICTION

Under 28 U.S.C. § 1391, venue for this case arises under the United States Constitution or federal laws or treaties. Jurisdiction for this case under 28 U.S.C § 1331.

Exhibit 2