UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 25-1371

Keith Lamont Frazier

Appellant

v.

Burnett, Assistant Chief, Alexander Police Department, et al.

Appellees

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Feb 27, 2025
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:25-cv-00032-BRW)

**ORDER**

The $605 appellate filing and docketing fee has not been paid and is due. Appellant is directed to either pay the fee in the district court or file a motion for leave to proceed in forma pauperis in this court within 28 days of the date of this order. If appellant does not pay the fee or move for IFP status by March 27, 2025, an order will be entered directing the appellant to show cause why this appeal should not be dismissed for failure to prosecute.

February 27, 2025

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Maureen W. Gornik

Exhibit 4