IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
<u>CENTRAL</u> DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 16 2025

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

**KEITH L. FRAZIER** _____ PLAINTIFF

v.     No. 4:25-cv-00338-LPR

**Burnett, et al** _____ DEFENDANT

### MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, <u>KEITH L. FRAZIER</u>, requests the Court to appoint counsel in this case for the following reasons:

1. Plaintiff is unable to pay the costs of this action (*see* Affidavit of Forma Pauperis);

2. Plaintiff's knowledge of the practice of law is very limited and the issues in this case are complex; without the assistance of counsel, plaintiff will be unable to meaningfully pursue this claim;

3. Plaintiff has been unable to obtain counsel independently.[1] Plaintiff has made a good faith effort to obtain representation in this matter, and has contacted at least three (3) attorneys. Below are the attorneys contacted and the reason they would not represent plaintiff.

Name COOK & COSSIO
Date 1/26/25   Phone (501) 408-2019
Reason REFUSED TO LITIGATE AGAINST CITY OF ALEXANDER

Name JAMES & CARTER
Date 1/25/25   Phone (501) 496-6835
Reason SAME AS ABOVE

Name CORTINEZ LAW FIRM
Date 12/29/24   Phone (501) 574-3244
Reason SAME AS ABOVE

4. The ends of justice would be best served in this case if counsel were appointed.

Respectfully submitted,

_____
Plaintiff's Signature

Date 04/17/2025

---

[1] *Nelson v. Redfield Lithograph Printing,* 728 F.2d 1003, 1005 (8th Cir. 1984.) ("The court should satisfy itself that plaintiff has in good faith attempted to retain counsel and has been unsuccessful.")