**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 16 2025

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK

U.S. District Court
Eastern District of Arkansas (Central Division)
CIVIL DOCKET FOR CASE # 4:25-CV-00338-LPR

Frazier v. City of Alexander, et al
Assigned to: Judge Lee P. Rudofsky
Case in other court: Saline County Circuit Court, 63-CV-25-453-3
Cause: 28:1441 Petition for Removal – 42:1083 Civil Rights

Date Filed: 04/15/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Right: Other
Jurisdiction: U.S. Government Defendant
Trial Date: tba

**Plaintiff**

Keith Lamont Frazier       represented by       Keith Lamont Frazier, *Attorney Pro Se*
15202 Peak Loop
Alexander, AR 72002
(501) 507-2146
melaninrenaissance.finally@gmail.com

V.

**Defendant(s)**

Investigator Gary Robertson, Jr. in his official       represented by       Kaylen S. Lewis
& individual capacities, *Separate County Defendant*                               Ark Bar No. 2003003
                                                                                                                       OWENS & PARKER LAW FIRM, P.A.
Regarding City of Alexander, et al                                                      Mailing Address: P.O. Box 850
                                                                                                                       Conway, AR 72003-0850
                                                                                                                       Physical Address: 1312 W. Oak St.
                                                                                                                       Conway, AR 72034
                                                                                                                       Telephone: (501) 764-4334
                                                                                                                       Telefax: (501) 764-9173
                                                                                                                       email: lewis@jowenslawfirm.com

## OBJECTION-WRIT FOR AFFIDAVIT OF COMMERCIAL LIABILITY

COME NOW, Keith Lamont Frazier, attorney *pro se*, files this Writ for Affidavit and Notices this Court that Plaintiff Objects to counsel adding to the record anything that is not in Affidavit Form, sworn to under perjury and with full commercial liability.

Plaintiff would also strongly suggest Investigator Gary Robertson, Jr. file a similar Affidavit.

"Where there are no depositions, admissions, or affidavits, the court has no facts to rely on..."
"An attorney for the Defendant(s) cannot admit evidence into the court. They are either an attorney or a witness". Trinsey v. Pagliaro, D.C. Pa. 229 F. Supp. 647 (1964).

Plaintiff, Keith Lamont Frazier, moves this court to Rule on His Writ, before the Motion to Dismiss Hearing, whenever scheduled, and demands that counsel not be permitted to add to the record any third-party hearsay. Plaintiff will allow the Affidavit attached.

CASE NUMBER 63-CV-25-453-3

DATE _____

### AFFIDAVIT OF COMMERCIAL LIABILITY

I,_____ the undersigned, do solemnly swear, declare, and depose, that I am competent to state the matters set forth herein, and I swear, under Penalty of Perjury and My Full Commercial Liability, that I have first hand knowledge of this case and everything stated is True, Correct, Certain, Admissible as Evidence, and not meant to be Misleading.  I understand that I can be held personally liable for any damages I might cause by my actions, or inaction.

Signed By: _____

Printed Name:_____

## RESIDENCY AND PARTIES

- Plaintiff KEITH LAMONT FRAZIER, was at all times relevant a citizen and resident of 15202 Peak Loop, Alexander, AR 72002.

- Defendant Investigator Gary Robertson Jr. was at all times relevant employed as Saline County Criminal Investigations department.

- Defendant(s) Chief Burnett, Assistant Chief Burnett, Sargeant B. Hobby, and Officer D. Shaw, were at all times relevant employees of the Alexander Police Department. All still are commissioned law enforcement officers.

- Chris Madison, Esq., was at all times relevant counsel for the City of Alexander, AR.

## BASIS FOR VENUE AND JURISDICTION

Under 28 U.S.C. § 1391, venue for this case arises under the United States Constitution or federal laws or treaties. Jurisdiction for this case under 28 U.S.C § 1331.

Respectfully submitted,

*[signature]*

KEITH LAMONT FRAZIER
*Attorney Pro Se*
15202 Peak Loop
Alexander, AR 72002
(501) 507-2146
melaninrenaissance.finally@gmail.com