FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 16 2025

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

U.S. District Court
Eastern District of Arkansas (Central Division)
CIVIL DOCKET FOR CASE # 4:25-CV-00338-LPR

Frazier v. City of Alexander, et al
Assigned to: Judge Lee P. Rudofsky
Case in other court: Saline County Circuit Court, 63-CV-25-453-3
Cause: 28:1441 Petition for Removal – 42:1083 Civil Rights

Date Filed: 04/15/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Right: Other
Jurisdiction: U.S. Government Defendant
Trial Date: tba

**Plaintiff**

Keith Lamont Frazier       represented by   Keith Lamont Frazier, *Attorney Pro Se*
                                            15202 Peak Loop
                                            Alexander, AR 72002
                                            (501) 507-2146
                                            melaninrenaissance.finally@gmail.com

V.

**Defendant(s)**

Investigator Gary Robertson, Jr. in his official   represented by   Kaylen S. Lewis
& individual capacities, *Separate County Defendant*                Ark Bar No. 2003003
                                                                    OWENS & PARKER LAW FIRM, P.A.
Regarding City of Alexander, et al                                  Mailing Address: P.O. Box 850
                                                                    Conway, AR 72003-0850
                                                                    Physical Address: 1312 W. Oak St.
                                                                    Conway, AR 72034

## WRIT OF MANDAMUS AND WRIT OF QUO WARRANTO

Public Act 230 in Public Acts which states the 'Rights and Powers' section of the Constitution of the United States, and the General Laws of the Arkansas State Constitution, (Rights and Powers 2 § 2)

1. Original Civil Case Number: 63-CV-25-453-3

2. The case came on regularly for trial before the Honorable Judge Brent D. Houston, 22nd Circuit, Division 3, Judge.

3. Requested a Jury Trial, March 7, 2025.

4. M. Keith Wren, Municipal League Counsel for law enforcement officers.

5. Daniel K. Faulkner and Kaylen S. Lewis, Counselors for Investigator Gary Robertson.

6. Keith Lamont Frazier, *attorney pro se*.

The court is scheduled to hear testimony and examine the proofs offered by the parties. The court shall consider itself fully advised in the premise and conclusions of law and directed that judgments shall be entered in accordance with each findings.

Plaintiff, Keith Lamont Frazier, attests that my constitutional rights were violated, and Mayor Crystal Herrmann of the City of Alexander terminated the perpetrators of such rights violators, showing *mens rea* of their criminality.

Under oath, she must be compelled to divulge the actual and factual justification for their terminations, or admit she failed in protecting the people, by directing no actions of the Commission of Law Enforcement Standards and Training (CLEST) or the Municipal League to decommission the officers. Doing so would have ensured future felonious acts do not occur in other jurisdictions.

Migratory criminal law enforcement officers must be disincentivized to repeat criminal acts.

Transparency, accountability, and penalization by forfeiture of their credentials will restore trust in law enforcement officers, criminal investigators, as well as the judiciary.

Judges are under attack by unscrupulous executive branch officials, altering facts of who appointed them to the bench to fit a false narrative, marginalize their adjudication, dox their families, discharge firearms in private quarters unaliving judges, scrutinizing political donations of spouses, etc.

Now is the time for the judiciary to remain above reproach, because the statement of 'activist judges' is only baseless if proven untrue under scrutiny. If not, it would seem that chickens are coming home to roost.

I served in the Army National Guard, in Los Alamitos, CA, as a combat medic. I also served in the United States Marine Corp. I was a communication, navigation, electronic countermeasures technician stationed in Kaneohe Bay, Hawaii. I raised our flag at the U.S.S. Arizona memorial as well as the U.S.S. Utah. I know the flag code.

I vividly remember my oath of office. Anyone who fails to uphold and defend the Constitution, initiate my sworn oath to defend it against ALL ENEMIES, both foreign and DOMESTIC.

Oath breaking law enforcers are my 'sworn domestic enemy' by definition, and I bear true faith and allegiance to the same.

## PRAYER FOR RELIEF BY QUO WARRANTO

It is therefore ordered and adjudged and decreed:

1. Defendant Corporation, the City of Alexander, has violated provisions of the ACT under which it was created, and also has violated provisions of ACT 230 of Public Act section 2.2 Rights and Powers section.

2. It did not uphold the Constitution of the United States or the Constitution of the State of Arkansas.

3. Defendant City of Alexander accordingly has forfeited its charter and become liable to be dissolved by the abuse of its power as well as negligence to provide safety.

4. Now, Defendant Corporation, City of Alexander is therefore dissolved and the Corporate rights, privileges and rights of the franchise of defendants are declared forfeited to the PEOPLE.

5. Defendant Corporation, City of Alexander, its trustees, officials, directors, attorneys and agents are forever restrained and enjoined from exercising any of the corporate franchise powers, rights and/or privileges previously exercised by defendants at City, and from collecting or receiving any debts and/or demands belonging to, or held by defendant City of Alexander or from paying out or in, any manner interfering with transferring or delivering to any person any of the deposits, money, securities, property, and effects of the defendant City of Alexander or held by it.

6. The Attorney General of the State of Arkansas, after filing this complaint, will be appointed receiver of all of the property, real and personal things in action, and effects of defendant City, Corporation held by, invested in defendants or in or to which defendant may be in any wise interested or otherwise entitled thereto.

7. Plaintiff, Keith Lamont Frazier, the People of the State of Arkansas, shall recover of defendants Corporation, City of Alexander of the sum of three million dollars ($3,000,000) for damages, real and personal as costs and disbursements of this action and the receivers are directed to pay that sum to the Attorney General and Keith Lamont Frazier, the injured party.

Signed:_____    Date entered for Quo Warranto: _____

The honorable Judge Brent D. Houston

## WRIT OF MANDAMUS

Is a judicial remedy in the form of an order from a superior court, to any government subordinate court, corporation, or public authority or government official to properly fulfill their official duties or correct an abuse of discretion, (or forebear from doing) some specific act which that body is obliged under law to do (or refrain from doing)- and which is in the nature of public duty. Cheney v. United States Dist. Court for D.C. (03-457) 542 U.S. 367 (2004) 334 F.3d 1096.

## PRAYER FOR RELIEF UNDER MANDAMUS

Simply put, moving my case to Federal Court only gave me the necessary tools for Investigator Gary Robertson Jr. to fulfill his official duties. Former Assistant Chief Jessica Burnett unlawfully utilized the Arkansas Crime Information Center (ACIC), violating A.C.A. 12-12-212, A.C.A. 12-12-1002, which is a felony punishable by six (6) years in prison and/or five hundred thousand dollars ($500,000).

Former Sergeant B. Hobby battered and assaulted me, captured on BWC, and witnessed by Officer D. Shaw who was wearing the BWC. No action was taken by the F.B.I., which I sued, nor the Assistant United States Attorney Chris Givens, whom I also sued. My appeal is ongoing.

Investigator Gary Robertson Jr., refused to prosecute criminal law enforcement officers. They violated the trust of those they are obliged to serve and protect. Broke their oath of office, and under their policies and procedures manual, violated their NEPOTISM and FRATERNIZATION policy.

Investigator Gary Robertson Jr., being named in this lawsuit will be removed from it as quickly as his doing his duty and investigating my case. Ego or protectionist tactics appear to be the only thing keeping him from performing his official duties.

## BASIS FOR VENUE AND JURISDICTION

or     Under 28 U.S.C. § 1391, venue for this case arises under the United States Constitution federal laws or treaties. Jurisdiction for this case under 28 U.S.C § 1331.

Respectfully submitted,

*[signature]*

KEITH LAMONT FRAZIER
*Attorney Pro Se*
15202 Peak Loop
Alexander, AR 72002
(501) 507-2146
melaninrenaissance.finally@gmail.com

CASE NUMBER 63-CV-25-453-3

DATE _____

## AFFIDAVIT OF COMMERCIAL LIABILITY

I,_____ the undersigned, do solemnly swear, declare, and depose, that I am competent to state the matters set forth herein, and I swear, under Penalty of Perjury and My Full Commercial Liability, that I have first hand knowledge of this case and everything stated is True, Correct, Certain, Admissible as Evidence, and not meant to be Misleading. I understand that I can be held personally liable for any damages I might cause by my actions, or inaction.

Signed By: _____

Printed Name:_____