FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 2 4 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KEITH LAMONT FRAZIER**                                        **PLAINTIFF**

**vs.**                              **No. 4:25-CV-00338-LPR**

**CITY OF ALEXANDER, et al**                       **DEFENDANTS**

## RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH OBJECTIONS

Comes Now, Keith Lamont Frazier, attorney pro se, and for the Response to Defendant's Motion to Dismiss Plaintiff's Complaint, with objections, herein states and allege:

1.      The ONLY grounds for dismissal are listed below:

   - **Lack of subject-matter jurisdiction.**
   - **Lack of personal jurisdiction.**
   - **Improper venue.**
   - **Insufficient process.**
   - **Insufficient service of process.**
   - **Failure to state a claim upon which relief can be granted.**

2.      The doctrine of *res judicata* only applies to the exact two parties in a previous case. My lawsuit has <u>expanded</u> after obtaining evidence to support my initial claim. The outcome has no effect on someone who was not a party. If a case can be appealed, the *res judicata* claim preclusion cannot be utilized.

   A.  Judge Billy Roy Wilson DISMISSED my case on February 6, 2025.  He did not dismiss it with PREJUDICE, nor did a jury serve a verdict, nor did any summary judgment get passed. *Res judicata* does not apply.

   B.  The ruling from Judge Billy Roy Wilson was for claiming my case was 'nonsensical, frivolous, and states no federal cause of action against Defendants for which relief may be granted'. Exhibit <u>2-A</u>. (Appeals Case No. 25-1374).

   C.  Plaintiff appealed my case for Judge Billy Roy Wilson unlawfully dismissing it, a violation of my 6th amendment right to counsel, which he DENIED TWICE.  Also, violating my 14th amendment rights to due process.

D. COMPLAINT FOR FRAUD UPON THE COURT AND RIGHTS VIOLATIONS was filed February 12, 2025. I filed ALL discovery material, minus VA medical records, evincing all claims brought forth in my lawsuit.

E. I simultaneously filed a Judicial Misconduct complaint against Judge Billy Roy Wilson in the Court of Appeals for the Eastern District, located in Saint Louis, Missouri. (JCP No. 08-25-90008, and JCP No. 08-25-90009).

3. In line 2 of Counsel, M. Keith Wren's motion, he errs in his statement, "Plaintiff Complaint fails to state a claim upon which relief can be granted."

A. "An attorney cannot admit evidence into the court. They are either an attorney, or a witness". "Statements of counsel in brief or in argument are not sufficient for motion to dismiss or for summary judgment," <u>Trinsey v. Pagliaro</u>, D.C. Pa. 1964, 229 F. Supp. 647.

B. The Supreme Court recited the standard for surviving a motion to dismiss, "When considering a motion to dismiss brought under 12(b)(6), the allegations of the complaint should be construed favorably to the pleader." <u>Sheuer v. Rhodes</u>, 416 U.S. 232, 236 (1974). The Court must inquire, however, whether the complaint meets the "plausibility" standard described by the United States Supreme Court, i.e., whether it adequately states a claim and provides a "showing [of] any set of facts consistent with the allegations in the complaint." <u>Bell Atl. Corp v. Twombly</u>, 550 U.S. 554, 560, 563(2007).

C. "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim for relief that is plausible on its face.'" <u>Ashcroft v. Iqbal</u>, 556 U.S. 662. 678 (2009) (Referred to often as the 'Iqbal standard'). Plaintiff's Complaint contains a plausible claim for breach of contract, a plausible claim for relief and alleges breach of the covenant of good faith and fair dealing, which I have shown and mentioned.

**QUOTE FROM THE CASE--** The Defendants' motion to dismiss for failure to state a claim unsupported by **affidavits** or **depositions** is incomplete because it requests this Court to consider facts outside the record which have not been presented in the form required by Rules 12(b)(6) and 56(c). Statements of counsel in their briefs or argument, while enlightening to the Court, are not sufficient for purposes of granting a motion to dismiss or summary judgment. I need this Court to take mandatory judicial notice and remind the Court that the ONLY thing to consider is the FACTS of this case ON THE RECORD, but words from counsel are not sufficient to rise to the level of FACT.

*"The representative of the Plaintiff is likely to be the only individual, now or in the future, who is willing and able to place a sworn affidavit affirming the herein disclosed facts under penalties of perjury, into the record of this case and as such, in absence of sworn counter-affidavit signed under the penalty of perjury regarding these same facts, laws, case laws and evidence, the Plaintiff should be the only prevailing party.* <u>Morris v. National Cash Register,</u> 44 S.W. 2d 433, ALSO "uncontested allegations in an affidavit must be accepted as true.", AND the case of <u>Group v. Finletter,</u> 108 F. Supp. 327 states, "Allegations in affidavit in support of motion must be considered as true in absence of counter-affidavit."*

Ensuring a signed affidavit placing all respondents UNDER OATH, should be the barest minimum of showing true faith and allegiance to the Constitution, as well as a sign of good faith.

## OBJECTION-WRIT FOR AFFIDAVIT OF COMMERCIAL LIABILITY

COME NOW, Keith Lamont Frazier, attorney *pro se*, files this Writ for Affidavit and Notices this Court that Plaintiff Objects to counsel adding to the record anything that is not in Affidavit Form, sworn to under perjury and with full commercial liability.

Plaintiff provided Investigator Gary Robertson, Jr., through counsel a similar Affidavit.

"Where there are no depositions, admissions, or affidavits, the court has no facts to rely on..." "An attorney for the Defendant(s) cannot admit evidence into the court. They are either an attorney or a witness". Trinsey v. Pagliaro, D.C. Pa. 229 F. Supp. 647 (1964).

Plaintiff, Keith Lamont Frazier, moves this court to Rule on His Writ, before the Motion to Dismiss Hearing, whenever scheduled, and demands that counsel not be permitted to add to the record any third-party hearsay. Plaintiff will allow the Affidavit attached.


CASE NUMBER 4:25-cv00338-LPR            DATE _____


## AFFIDAVIT OF COMMERCIAL LIABILITY


I,_____ the undersigned, do solemnly swear, declare, and

depose, that I am competent to state the matters set forth herein, and I swear, under Penalty of

Perjury and My Full Commercial Liability, that I have firsthand knowledge of this case and

everything stated is True, Correct, Certain, Admissible as Evidence, and not meant to be

Misleading. I understand that I can be held personally liable for any damages I might cause by

my actions, or inaction.


Signed By: _____

Printed Name: _____

4.  In line 3, counsel states, "Plaintiff has failed to sufficiently allege a claim of 'excessive force' or 'failure to intervene' within the meaning of the Fourth Amendment."

    A.  Plaintiff claimed only ASSAULT. I concede that there is no claim made by Plaintiff for any use of 'excessive force'.

    B.  Assault for law enforcers in Civil matters, does not need to be proven, since it is <u>implied automatically</u> for law enforcers due to their having weapons

    C.  'Failure to intervene', post George Floyd, is an attempt to dissuade law enforcement standing by witnessing criminality, and to engage the officers who are behaving unlawfully. Uvalde was an example of cowardly police officers who did nothing. Dereck Chauvin behaved unlawfully.

    D.  BATTERY, which is ANY unwanted touching, WAS claimed.

    E.  Obviously, to offset distress, harm, or death to the citizenry, Law Enforcement Officers (LEO's) must intervene, lest WE THE PEOPLE become vigilantes, who do not have the benefit of 'Qualified Immunity'.

    F.  What would be the response to my doing the exact same behavior to Sergeant Johnathan Hobby?

5.  In response to line 4, the **Courts** have the right to determine a PRIVATE cause of action. The Constitution of the United States, in the Bill of Rights, and Constitution of the State of Arkansas give EXPRESS causes of action. (i.e. 42 U.S.C. § 1983, The Arkansas Civil Rights Act of 1993, also known as Act 962, Ku Klux Klan Act of 1871 ensuring 14th Amendment rights .)

6.  In response to line 5, "Plaintiff has no claim for alleged violations of 18 U.S.C. §§ 241, 242, 18 USC § 241: Conspiracy against rights. From Title 18-CRIMES AND CRIMINAL PROCEDURE PART I-CRIMES CHAPTER 13-CIVIL RIGHTS

§ 241 Conspiracy against rights.

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ... (June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90-284, title I, § 103(a), Apr. 11, 1968,82 Stat. 75; Pub. L. 100-690, title VII, §7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103-322, title VI, § 60006(a), title XXXII, § §320103(a), 320201(a), title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109,2113,2147; Pub. L. 104-294, title VI, § §604(b)(14)(A), 607(a), Oct. 11, 196, 110 Stat. 3507, 3511.)

A.  Chief Burnett and his spouse, Assistant Chief Burnett, are co-joined due to their violation of policy, being that ALL officers under the command of the Chief of Police are his responsibility, and any officer who violates the law implicate him.

B.  That includes those violating the Fraternization and Nepotism policy in the Alexander Police Department's Policies and Procedures Manual.  Exhibit C-1.

C.  Presidents have Presidential Immunity. Lawyer/clients privilege is a protective immunity. husbands and wives enjoy spousal immunity, which keeps them from being obligated to testify against the other in a court of law.  Privilege could be utilized for unlawful police behavior.

18 U.S.C. § 242 - Deprivation of rights under color of law.

Whoever, under color of law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisonment not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted us, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both"...

7.    The Body Worn Camera (BWC) footage filed April 16, 2025, Exhibits, filed with the Federal Clerk of Court, along with Response to Motion to Dismiss Separate Defendant with Objections, evinces all claims put forth.

8.    The Alexander City Hall, and The United States Post Office across the street from the City Hall ALL fly 'Old Glory' properly. The Shannon Hills City Hall, Police Department, and Fire Department ALL fly 'Old Glory' properly!

A.  As a United States Marine, stationed in Kaneohe Bay, Hawaii I was given the honor and privilege to raise our flag at both the U.S.S. Arizona memorial, and the U.S.S. Utah. The Marines and Sailors who are entombed there gave the last full measure on December 7, 1941.

B.  Those who take the improper flying of our flag lightly, do not deserve to be in any governmental position, as far as I am concerned.

C.  Title 4, books 1 through 8 of the Flag Code are NOT being followed properly.  There must be a light shining on 'Old Glory' unless you raise and lower it at sunrise and sunset. Inclimate weather has a smaller flag utilized.  Presidents dictate when it is to be flown half-staff, usually honoring the fallen or a National trajedy.  If you hang it inside, rather than outside, you must ensure the blue area with stars are to the upper left side. There are

more, but I have listed enough to evince my claim.

D.  Size matters!  That tiny flag (that Plaintiff 'forced' the Police Department to fly) is available for any patriotic event but is not the correct size for any governmental agency! (i.e. City Halls, Fire Departments, Post Offices, Police Stations-other than ours.)

E.  After a city council meeting, in January of 2025, the American Legionnaires heard my conversation with City Counsel Chris Madison regarding there being no flag on the premise. They chastised him for not moving the flagpole from the Human Development entry grounds, and relocating it, and the spotlight, to the Police Station.  The materials are literally a football field length away!

9.    Line 7 dismissal consideration based on "meeting of the minds" is nowhere listed in either of the statutes.

42 U.S.C. § 1985(3) - Depriving persons of rights or privileges- "...in any case of conspiracy set forth in this section, of one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators".

42 U.S.C. § 1986 - "Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages cause by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action;..."

10.    Line 8 states that 'Plaintiff has not established a claim for which recovery is available under the Arkansas civil rights act'. That is erroneous.

The Arkansas Civil Rights Act of 1993, also known as Act 962, provides a state-level mechanism for individuals to seek redress for the violation of their civil rights, privileges, or immunities secured by the Arkansas Constitution.  It specifically prohibits discrimination based on race, religion, national origin, gender, and the presence of any sensory, mental, or physical disability.

A.  There was no consideration by law enforcement ever to establish my 'mental' state. My mental state after interaction with law enforcement has elevated my anxieties, ruined my sleep state, causes family discord, and will potentially end my marriage. My entire family fears retaliation, intimidation, and retribution from law enforcement for my filing suit.  My Veteran's Administration (VA) psychiatric examination shall be submitted for the record.  Exhibit 2-C.

11.    Line 9 states the 'Plaintiff's claim that there was unlawful use of the Arkansas Crim[e] Information [Center](ACIC) must be dismissed'.

    A.    The 4th Amendment to the Constitution states that I shall be secure in my PAPERS, (meaning my identifying information) PERSON, (no unlawful or unwanted touching) and effects (my possessions).

    B.    Rick Stallings, Director of the Arkansas Crime Information Center (ACIC), provided me with the evidence for the unlawful usage of the ACIC. Email chains with current Alexander Police Chief Preator are also to be submitted into record Exhibit 2-D. Subpoena. Exhibit 2-E.

    C.    Employee Identification Number (EIN) lists Assistant Police Chief Jessica Burnett on ALL pages of my criminal history printout, without any criminality on Plaintiff's part. Exhibit 2-B.

    D.    The use of the ACIC was unlawful.  Rick Stallings of the ACIC informed me that fingerprinting and reporting requirements made this violation a Class B misdemeanor. Assistant Chief Jessica Burnett's violated A.C.A. 12-12-212, a Class A misdemeanor, and A.C.A. 12-12-1002. That his spouse is his 'family' violates statutes 12-12-1002(a),(b)(1)(2),(c)(1),(d). Which is a Class D Felony and has a punishment of six (6) years imprisonment and/or a fine of five hundred thousand dollars. ($500,000.00). All officers under the command of Chief Robert Burnett are his responsibility.

    E.    Plaintiff subsequently re-attempted to have Investigator Gary Robertson follow-up to investigate this criminal act. He refused again that day, and numerous times via telephone.

    F.    Plaintiff, in mid-December 2024, visited Investigator Robertson's office, providing his receptionist with my formal complaint form, which she copied.  Exhibit 2-G.

    G.    Every subsequent phone call to Investigator Robertson, was met with unprofessional behavior, disregard, and disrespect.  My wife fell victim to Investigator Robertson's disrespect when he called her phone prior to his scheduled 3-week holiday vacation. Attempts to contact Investigator Robertson's supervisor, Chris Walton, had return phone calls made to me by the same Investigator Robertson.  I contacted Lt. Middleton of the Arkansas State Police, to circumvent Investigator Robertson, to no avail.

12.    Line 10 states, 'Plaintiff claim of Assistant Chief Burnett failing to wear a body worn camera (BWC)must be dismissed'.

    A.    Officer Thyhuirst BWC captured my demand for former Assistant Chief Burnett to obtain and utilize her BWC.  Exhibit was submitted with RESPONSE TO MOTION TO DISMISS FOR SEPERATE DEFENDANT WITH OBJECTIONS. Filed April 16, 2025.

13.    Line 11 states, 'Plaintiff has not sufficiently plead a claim for intentional infliction of emotional distress (IIED)'.

    A.    Sufficiently pleading a claim for intentional infliction of emotional distress (IIED) requires: (1) the Defendant acted intentionally or recklessly or knew, or should have known, the emotional distress was the likely result of his conduct, (2) the conduct was extreme and outrageous and; (3) the conduct was the cause (4) of the severe emotional distress.

    B.    My psychiatric evaluation from the Veteran's Administration is to be filed as Exhibit 2-C, as a prognosis of my mental state. Staff Psychiatrist, Shanna Palmer, M.D. provided service for my sleeping disorder and heightened hyper-manic mental state. Doctor Palmer also increased my anti-depressant potency. Doctor Palmer also advised me of needing a subpoena for her being an expert witness at trial.

14.    Line 12 states, 'Plaintiff has not sufficiently plead a claim for intentional infliction of pain and suffering (IIPS)'.

    A.    In Arkansas, pain and suffering damages are one type of non-economic damages that may be available to victims. Non-economic damages are NOT intended to pay you back for bills incurred. Instead, to compensate you for the injuries you suffered which are harder to put a price tag on. Any jury will be the final arbiters for what injured parties should be given as a monetary award for the impact that pain and suffering have on an injured person's life. The Constitution protects life, liberty, and the pursuit of happiness.

15.    Line 13 states, 'Plaintiff has not demonstrated that any of the elements of defamation are met.

In order for a written or spoken statement to be deemed defamatory in Arkansas, a plaintiff must prove:

1. How the statement caused reputational loss to the plaintiff;
2. That the material in question referenced the plaintiff;
3. That the defendant is responsible for publishing or speaking the statement under review;
4. How the statement caused harm; and
5. What types of damages the statement caused.

    A.    Filing a lawsuit to seek compensation for harm done to my reputation is based upon my emotional well-being, emotional distress, and my damaged personal relationships. My criminal history is my business, and no one else's. Not law enforcement either, minus any criminal wrongdoing.

16.    Line 14 states, 'Plaintiff has not sufficiently plead a claim for a violation of the Arkansas Freedom of Information Act (FOIA)'.

   A. Under the Arkansas Freedom of Information Act, all public records shall be open to inspection and copying by any citizen of the State of Arkansas during the regular business hours of the custodian of the records.

   B. Government entities generally have up to three business days to provide a record requested under the FOIA.

   C. During a meeting with City of Alexander mayor Crystal Herrmann, City Counsel Chris Madison, Police Chief Preator, and Office Manager/ HR director Jennifer Hill, City Counsel Chris Madison admitted on audio recording, and my cell phone camera, that he had not received ANY of my emailed FOIA requests.

   D. He cannot respond to something he never received.  I sent several FOIA requests, bcc'ing Jennifer Hill, and all were eventually answered, though incorrect per FOIA standards, by Jennifer Hill.  Exhibit(s) _C-1_.

17.   Line 15 states, 'Plaintiff lacks standing to seek criminal charges against the Defendants'.

   A. Standing, or *locus standi*, is the capacity of a party to bring a lawsuit in court. To have standing, a party must demonstrate a sufficient connection to, and harm from, the law or action being challenged.

The Standing Doctrine consists of:

1. Injury in fact: They suffered (or will suffer) a concrete injury.
2. Causation: The alleged injury is "fairly traceable to the challenged conduct."
3. Redressability: The court can redress the alleged injury if it grants the plaintiff's requested relief.

   A. My initiating of a civil case first, became primary only because of Investigator Robertson's refusal to do his duty.  I could have then merged my cases to a cross-complaint.

18.   Line 16 states, 'Plaintiff is not entitled to perform a citizen's arrest of Assistant Chief Burnett.

   A. Practice, Procedure, and Courts § 16-18-106. Authority to arrest. (a) An arrest may be made by a certified law enforcement officer or by a <u>private person</u>.

   B. Plaintiff **IS** lawfully able to perform a citizen's arrest. Common law allows Plaintiff to arrest criminal police officers. A magistrate judge then provides a warrant for the criminal violation.

   C. No one is above the law.

    D. Plaintiff's only defense is the Constitution of the United States, which is also my offense in an adversarial setting. I have no other option but to OBJECT to the provisions allowing my lawsuit to be dismissed based on below listed objections:

OBJECTION- Hearsay, Counsel has no firsthand knowledge.

OBJECTION- If counsel wants to add to the record, they must first be sworn in. (See AFFIDAVIT OF COMMERCIAL LIABILITY attached).

OBJECTION- Statements of counsel are not sufficient for a motion to dismiss.

OBJECTION-Arguing outside the facts in evidence. The only facts before this Court are my affidavits and my evidentiary exhibits.

OBJECTION- Plaintiff objects to MOTION TO DISMISS and for record to be preserved for APPEAL, per Federal Rules of Appellate Procedure 3.

- Per Federal Rules of Civil Procedure 8(a)(2), facts are on the side of the Plaintiff.
- Per Federal Rules of Civil Procedure 72(b)(3), it is my right to object.
- Per Federal Rules of Civil Procedure 8(a)(3), law is on the side of the Plaintiff.
- Per Federal Rules of Civil Procedure 15, the Plaintiff can amend the complaint to bring it into compliance.

19.    All claims presented by Plaintiff are backed by evidence captured on Body Worn Camera (BWC), evidentiary hardcopies or recording devices.

20.    Arkansas is a one-party state for audio capture of private conversations pertaining to this case.

21.    All failed FOIA violations are also captured on BWC, emails or cell phone recordings.

22.    Any allegations of lawlessness, constitutional rights violations or injuries are backed by evidentiary facts.

23..    My committing perjury under oath are both *res ipsa loquitor* and *prima facie* criminal acts, which are punishable by law.

24.    Exhibits currently filed in case **4:25-CV-00338-LPR:**

- Body Worn Camera (BWC) footage of Officer D. Shaw of Sergeant B. Hobby Battering and Assaulting Plaintiff Keith Lamont Frazier. Violating my 4th Amendment Right to be secure in my Papers, PERSON, and Effects.

- Body Worn Camera (BWC) footage of Officer Thyhuirst, evincing former Assistant Chief Jessica Burnett, refusing to obtain and utilize a BWC when requested by citizens, violating Alexander Police Policies & Procedures. Married former Chief and former

Assistant Chief Burnett violate the Nepotism & Fraternization policy of the Alexander Police Policies & Procedures manual. Revised 2020 and signed by former Police Chief Robert Burnett.

- Disk with Freedom of Information Act (FOIA) requests denied, improperly responded to, and incomplete. Also, past due for the time to reply to satisfy ALL public records requests. Refusal to provide requested information, and unprofessional interaction with the public.

Owens v. City of Independence, 445 U.S. 622 (1980). "A municipality has no immunity from liability under Section 1983 flowing from its Constitutional violations and MAY NOT assert the good faith of its officers as a defense to such liability. "Officers of the Court have no immunity, when violating a
Constitutional Right, from liability. For they are deemed to know the law."

## RESIDENCY AND PARTIES

- Plaintiff, KEITH LAMONT FRAZIER, was at all times relevant, a citizen and resident of 15202 Peak Loop, Alexander, AR 72002.

- Defendant Investigator Gary Robertson Jr. is currently employed with Saline County, Arkansas criminal investigations.

- Chief Burnett, Assistant Chief Burnett, Sgt. B. Hobby, and Ofc. D. Shaw, at were all times relevant, employees of the Alexander Police Department.

- Attorney Chris Madison is currently employed with the City of Alexander as legal counsel.

## BASIS FOR VENUE AND JURISDICTION

Under 28 U.S.C. § 1391, venue for this case arises under the United States Constitution or federal laws or treaties. Jurisdiction for this case under 28 U.S.C § 1331.

I shall send a copy of filed Writ of Affidavit to the Attorney General, to ensure it enters the record.

Respectfully submitted,

KEITH LAMONT FRAZIER
*Attorney Pro Se*
15202 Peak Loop
Alexander, AR 72002
(501) 507-2146
melaninrenaissance.finally@gmail.com

## OBJECTION-WRIT FOR AFFIDAVIT OF COMMERCIAL LIABILITY

COME NOW, Keith Lamont Frazier, attorney *pro se*, files this Writ for Affidavit and Notices this Court that Plaintiff Objects to counsel adding to the record anything that is not in Affidavit Form, sworn to under perjury and with full commercial liability.

Plaintiff would also strongly suggest Investigator Gary Robertson, Jr. file a similar Affidavit.

"Where there are no depositions, admissions, or affidavits, the court has no facts to rely on..." "An attorney for the Defendant(s) cannot admit evidence into the court. They are either an attorney or a witness". Trinsey v. Pagliaro, D.C. Pa. 229 F. Supp. 647 (1964).

Plaintiff, Keith Lamont Frazier, moves this court to Rule on His Writ, before the Motion to Dismiss Hearing, whenever scheduled, and demands that counsel not be permitted to add to the record any third-party hearsay. Plaintiff will allow the Affidavit attached.

CASE NUMBER 4:25-cv00338-LPR                    DATE

_____

## AFFIDAVIT OF COMMERCIAL LIABILITY

I, _____ the undersigned, do solemnly swear, declare, and

depose, that I am competent to state the matters set forth herein, and I swear, under Penalty of

Perjury and My Full Commercial Liability, that I have firsthand knowledge of this case and

everything stated is True, Correct, Certain, Admissible as Evidence, and not meant to be

Misleading. I understand that I can be held personally liable for any damages I might cause by

my actions, or inaction.

Signed By: _____

Printed Name: _____

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KEITH LAMONT FRAZIER**                                              **PLAINTIFF**

**V.**                          **4:25-CV-00032-BRW**

**BURNETT, *ET AL.***                                                **DEFENDANTS**

### ORDER

Pending are Defendants' motions to dismiss (Doc. Nos. 5, 11). Plaintiff has responded.[1]

Plaintiff's amended complaint, embedded in his response to the pending motions, makes

a variety of claims. A few examples follow: (1) the Assistant Chief at the Alexander Police

Department used an ACIC system without using a fingerprint card; (2) failure to properly

respond to FOIA requests; (3) claims under the "George Floyd Mandate to Intervene" statute; (4)

negligence by an FBI agent and Assistant United States Attorney because Plaintiff investigated

the Alexander Police Department; (5) flags were not properly displayed at the Alexander Police

Department; and (6) nepotism and fraternization.[2]

Because Plaintiff's complaint is nonsensical, frivolous, and states no federal cause of

action against Defendants for which relief may be granted, the motions to dismiss (Doc. Nos. 5,

11) are GRANTED. The motion for reconsideration (Doc. No. 15) is DENIED. This case is

DISMISSED.

IT IS SO ORDERED this 6th day of February, 2025.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

RESP TO D MOTION TO
DISS. P COMPLAINT
W/ OBJ
2 - A

1

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of Arkansas**

**Notice of Electronic Filing**

The following transaction was entered on 2/6/2025 at 10:47 AM CST and filed on 2/6/2025

**Case Name:** Frazier v. Burnett et al
**Case Number:** 4:25-cv-00032-BRW
**Filer:**
**Document Number:** 16

**Docket Text:**
**ORDER granting [5], [11] motions to dismiss; denying [15] motion for reconsideration; and dismissing this case. Signed by Judge Billy Roy Wilson on 2/6/2025. (jbh)**

**4:25-cv-00032-BRW Notice has been electronically mailed to:**

Matthew Keith Wren     mkwren@arml.org, jcrouch@arml.org

Shannon S. Smith     Shannon.Smith@usdoj.gov, CaseView.ECF@usdoj.gov, scharlicia.sargent@usdoj.gov, ssargent@usa.doj.gov, vanessa.collins@usdoj.gov

**4:25-cv-00032-BRW Notice has been delivered by other means to:**

Keith Lamont Frazier
15202 Peak Loop
Alexander, AR 72202

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=2/6/2025] [FileNumber=9800447-0]
[6dd09f9fa3ee471ee66e6d986abf0d8e38988c7e730fa7ed1f7a8dbf6a37df4480b4
fab547fed439de825918efd76f1e97610e1dda636be29e7332d58121b5cf]]

EXHIBIT

VOICEMTS.

2 - B, C-1

ACIC MISUSE DOCS

ALEXANDER POLICE

POLICY & PROCEDURES

MANUAL    2020



Frazier Meeting
3/5/2025

Voice Recording

STRIPED
EXHIBIT C-1    OVER→

**Central Arkansas Veterans Healthcare System**
**4300 W 7th Street**
**Attn: Release of Information**
**Mail Stop: 136D/LR**
**Little Rock, AR 72205**

# DEPARTMENT OF
# VETERANS AFFAIRS

**DATE: 12/9/2024**
**In Reply Refer To: 136D/LR**

*KEITH L FRAZIER*
*5223 MABELVALE PIKE*
*LITTLE ROCK, AR 72209*

RE: ROI Plus Request for KEITH L FRAZIER

Dear MR FRAZIER:

We have received your request for information on December 09, 2024.

This individually identifiable information is privileged. Its confidentiality
should be maintained along with appropriate security safeguards to protect
against individual harm (identity theft), embarrassment, or inconvenience.

We thank you for your support of our mission. If you wish to discuss anything
in this letter with me, please contact me at (501) 257-5696.

Is your request for medical records related to an accident? If yes, VA needs
information from you. VA's Medical Care Recovery Program ensures that when VA
treats an injured Veteran, the responsible party must pay VA for the Veteran's
injury-related medical care instead of the American taxpayers. Responsible
parties include tortfeasors, liability insurers, no-fault insurers, and workers'
compensation laws or plans. This program does not affect VA eligibility or
access to VA medical benefits in any way. 42 U.S.C. § 2651, 38 U.S.C. § 1729,
28 C.F.R. § 43.2. To inform VA and initiate VA's claim against the responsible
party, use the form located at: WWW.VA.GOV/OGC/COLLECTIONS.ASP

Sincerely,

**CAQUILA R MCNEIL**
**Assistant Chief HIM/ROI Supervisor**

VA PSYCH
EVAL
EXHIBIT
2-C

Prepared by:  TRACY J QUICKEL - Release of Information

# Consult Requests

Printed On Dec 9, 2024

```
Current PC Provider:    MCKELVEY,RICHARD ERIN
Current PC Team:        NLR PACT 02
Current Pat. Status:    Outpatient
UCID:                   598_6773438
Primary Eligibility:    NSC(VERIFIED)
Patient Type:           NSC VETERAN
OEF/OIF:                NO


Order Information
To Service:             PSYCHIATRY-EMERGENCY OUTPT
From Service:           LIT EMERGENCY ROOM
Requesting Provider:    PARKER,SARAH R
Service is to be rendered on an OUTPATIENT basis
Place:                  Emergency room
Urgency:                Stat
Clinically Ind. Date:   Oct 30, 2024
DST ID:
Orderable Item:         PSYCHIATRY-EMERGENCY OUTPT
Consult:                Consult Request
Provisional Diagnosis: Manic Episode, unspecified(ICD-10-CM F30.9)
Reason For Request:
**NOTE**  Emergency patients should be escorted to the ER.  The referring
individual (or their designee) MUST REMAIN WITH THE PATIENT until they are
seen by the ER physician.

Narrative: Pt with new onset of manic behavior, on wellbutrin, no SI or HI


Inter-facility Information
This is not an inter-facility consult request.

Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE

Facility
 Activity               Date/Time/Zone      Responsible Person   Entered By
-------------------------------------------------------------------------------
 CPRS RELEASED ORDER    10/30/24 13:38      PARKER,SARAH R       PARKER,SARAH R
 COMPLETE/UPDATE        10/30/24 19:39      PALMER,SHANNA        PALMER,SHANNA
     Note# 81932165

Note: TIME ZONE is local if not indicated


-------------------------------------------------------------------------------

 LOCAL TITLE: PSYCHIATRY-EMERGENCY OUTPT CONSULT RESULTS
STANDARD TITLE: PSYCHIATRY CONSULT
DATE OF NOTE: OCT 30, 2024@18:16    ENTRY DATE: OCT 30, 2024@18:16:21
      AUTHOR: PALMER,SHANNA       EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| FRAZIER,KEITH L<br>5223 MABELVALE PIKE<br>LITTLE ROCK, ARKANSAS  72209 | Printed at CAVHS |

# Consult Requests

TIME IN: 1500
TIME OUT: 1630

CHIEF COMPLAINT: "Poor sleep"


HPI:KEITH L FRAZIER is a 59 y/o MALE who presented to the ED with his wife, requesting change in his antidepressant medication. Wife reported concerns for possible manic behavior to ED staff, but had to leave prior to this MD's arrival and was not available for interview. On interview, Mr. Frazier is hyperverbal and extremely tangential. He gives a very long and convoluted explanation as to why he is in the ED, involving difficulty with sleep and an extensive, very detailed account of recent dreams. He reports his community primary care physician prescribes bupropion for depression, but was unable to see him today to discuss possible medical changes, or changes in behavior. Mr. Frazier relates his mind is "a constant buzzing beehive that never stops", and that he has been this way his entire life. "I'm a creative, unusual, upbeat Gemini creature". He denies any history of mania or diagnosis of bipolar disorder. It is unclear as to what led to the bupropion prescription, or how long he has been taking this (he relates he has been off of it for two weeks). He admits that recent decrease in sleep has left him "snippy" with his wife, and this has adversely impacted the limited amount of time they are able to spend together (he states she is very busy with her work schedule). However, he is unwilling to consider that bupropion may be contributing to mania or hypomania, and is unwilling to contemplate mania/hypomania as a potential concern. When questioned about report of recent visit to local police station, Veteran goes on a prolonged explanation of his "crusade" for justice after he watched number First Amendment Auditor videos on Youtube, and decided he needed to assess the local Alexander police station's adherence to the constitution and bill of rights. Veteran has subsequently presented to the local station 3 times, and states he plans to return. He repeatedly states "I'm there to provide a solution, before there is a problem", and that this is what he told the Alexander police. He often references his good relationships/friendships with police officers based on his history in the military and his previous jobs working at Chic-Fil-A and at the mall, where he had frequent contact with local police. He displays some anger when discussing how police in general are not being held accountable for their violations of civil rights, especially against Black men, and that he is committed to changing the course of justice in the U.S. He plans to continue to visit the local police station to assess their understanding of their role and citizens' rights, and adherence to the Constitution and to policing statutes, such as if they are displaying the American flag in the station and on their uniforms, are they engaging in any profanity, are they complying with his FOIA requests, will they arrest him without proper provocation, etc. However, he was very clear that he plans to do so in a peaceful manner, with no weapons "other than my razor-sharp wit", and with a device for video recording. He states he presents in t-shirt and shorts, with no overcoats or bagging clothing that could give the impression of hiding a weapon. He adamantly denies any plans to physically harm himself or anyone else, or to verbally or non-verbally threaten anyone. He denies any auditory or visual

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
FRAZIER,KEITH L
5223 MABELVALE PIKE
LITTLE ROCK, ARKANSAS   72209

VISTA Electronic Medical Documentation
Printed at CAVHS

# Consult Requests

hallucinations.  Denies drugs or alcohol, although states he would like a prescription for medical marijuana as he believes it is the only substance which has ever "calmed" his mind. He denies possessing or having access to any firearms or other weapons.  He states he plans to record his interactions so that he can then file multiple lawsuits, with goal of making a case in front of the Supreme Court that will change the behavior of police officers across the country.

Comments:
*************************************************

_____

PAST PSYCHIATRIC HISTORY: Treated for depression with bupropion prescribed by community PCP Dr. Humbert.  Veteran denies any psychiatric hospitalizations, or suicide attempts.

SOCIAL HISTORY: Married.  Lives with wife and children.  Reports he used to be a greeter at Chic-Fil-A, but that he now mainly works with his wife cleaning homes/offices or detailing cars.  Reports h/o abuse in his youth by church priest, and that his biological mother gave birth to him and his twin brother at just 15 y/o, and that he and his brother were separately adopted out due to mother's struggles with drugs and alcohol and inability to adequately care for them. Served in the Army and the Marines.

MILITARY SERVICE:
Branch of Service: MARINE CORPS
Service entry day: SEP 5,1984
Service Separation date: SEP 5,1989
POW: NO
Combat Service: NO
Period of Service: POST-VIETNAM

FAMILY HISTORY: Reports his biological mother struggled with drugs and alcohol.

Medical History:

Active Problem
Benign essential hypertension I10. 06/04/2019 MCKELVEY,RICHARD ERIN
Low back pain M54.5 02/13/2017 MCKELVEY,RICHARD ERIN


Surgical History:
Operations performed at this facility:   No data available

DELIRIUM RISK ASSESSMENT REQUIRED ON ALL PATIENTS AGE 65 OR GREATER: PATIENT'S AGE IS 59
Selection outcome:
No Delirium Risk Assessment required on this patient, does not meet age requirement.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| FRAZIER,KEITH L<br>5223 MABELVALE PIKE<br>LITTLE ROCK, ARKANSAS   72209 | Printed at CAVHS |

# Consult Requests

Essential Medication List for Review
  Essential Medication List for Review with EMLR/Local was used to complete
  this medication review. A written medication list was provided and reviewed
  with the patient/caregiver.

  ESSENTIAL MED LIST:
  Remote and Local Allergies:
  FACILITY                              ALLERGY/ADR
  --------                              -----------
  No Remote Allergy/ADR Data available for this patient
  CENTRAL ARKANSAS HCS                  No Known Allergies

  <<<<<
  Active Outpatient Medications (including Supplies):

  No Medications Found


  <<<<<
  Active Inpatient Medications (including Supplies):

      Pending Inpatient Medications                     Status
  ======================================================================
  1)    NORMAL SALINE INJ  2ML 0.9% IV Q12H             PENDING
  2)    NORMAL SALINE INJ,SOLN in NORMAL SALINE 500 ML  15    PENDING
        ml/hr IV

  <<<<< No Active Remote Medications for this patient

  <<<<<
  Recently Expired Inpatient, Outpatient and Clinic Medications
  (including Supplies):

  No Medications Found


  ----------------------------------------------------------------------
                        END OF MEDICATION LIST
  ----------------------------------------------------------------------
Medication Reconciliation:
  Based on the medication review/history taken previously:
    No medications changes were required.


  Was medication education provided for new medications or changes to
  medications? (including medication name, dose, route, reason for use, and
  potential side effects).
    No new medications or medication changes during this encounter.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| FRAZIER,KEITH L<br>5223 MABELVALE PIKE<br>LITTLE ROCK, ARKANSAS  72209 | Printed at CAVHS |

# Consult Requests

The risks and benefits of this medication regimen were discussed with the patient, and the patient agrees with the current treatment plan.

Patient declined After Visit Summary or another approved/reconciled medication list at the end of the visit.

```
===========================================================
```
REVIEW OF SYSTEMS:

_____

NEUROLOGIC:
Does the patient have an Acute Stroke?
  No

_____

MENTAL HEALTH:
(+)Positive symptoms reported:  Difficulty sleeping

_____

ALLERGIC/IMMUNOLOGIC:
Immunizations:

APR 21, 2021  COVID-19 (PFIZER), MRNA, LNP-S, PF, 30 MCG/0.3 ML DOSE
MAY 17, 2022  COVID-19 (PFIZER), MRNA, LNP-S, PF, 30 MCG/0.3 ML DOSE,
TRIS-SUCROSE (AGES 12+ YEARS)
OCT 09, 2022  COVID-19 (PFIZER), MRNA, LNP-S, BIVALENT, PF, 30 MCG/0.3 ML DOSE
MAY 17, 2022  COVID-19 (PFIZER), MRNA, LNP-S, PF, 30 MCG/0.3 ML DOSE
OCT 25, 2021  COVID-19 (PFIZER), MRNA, LNP-S, PF, 30 MCG/0.3 ML DOSE
APR 21, 2022  COVID-19 (PFIZER), MRNA, LNP-S, PF, 30 MCG/0.3 ML DOSE
MAR 31, 2021  COVID-19 (PFIZER), MRNA, LNP-S, PF, 30 MCG/0.3 ML DOSE
DEC 02, 2019  ZOSTER RECOMBINANT
DEC 02, 2019  INFLUENZA, SPLIT VIRUS, QUADRIVALENT, PF
JUN 04, 2019  PNEUMOCOCCAL CONJUGATE PCV 13
JUN 04, 2019  ZOSTER RECOMBINANT
FEB 10, 2017  INFLUENZA, ADJUVANTED, TRIVALENT, PF
FEB 08, 2017  TDAP
*************
PHYSICAL EXAM
*************

_____

VITAL SIGNS:
BP: 133/78 (10/30/2024 10:27)
Pulse: 92 (10/30/2024 10:27)
Respirations: 18 (10/30/2024 10:27)
Temperature: 98.2 F [36.8 C] (10/30/2024 10:27)

_____

Mental Status Exam:
Appearance/behavior: 59 y/o AAM, appearing stated age, dressed in lavender tshirt, jeans, and sneakers.  Dark curly hair, with graying goatee, minimal facial stubble.  Wears prescription glasses. Good eye contact. Cooperative with exam.
Motor/gait: No tics or tremors.  Gait intact.

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
FRAZIER,KEITH L
5223 MABELVALE PIKE
LITTLE ROCK, ARKANSAS  72209

VISTA Electronic Medical Documentation
Printed at CAVHS

Page 5 of 27

# Consult Requests

Mood: "snippy"
Affect: Begins with a sexual joke about his primary care provider, but then apologizes and states, "That's just my sense of humor". He is mostly calm, but sits up abruptly and is noticeably angry when discussing police misconduct, listing several cases from national news. He quickly calms down and is once again polite and smiling.
Speech: Extremely verbose. Slightly increased rate. Moderately pressured. Able to be interrupted, but it is difficult and patient expresses displeasure with it (this is after he has spoken mostly non-stop for 30 minutes).
Thought processes: Extremely tangential with rare loosening of associations.
Thought content: Denies SI or HI. Denies psychosis. He is fixated on instances of police misconduct and describes himself as being on a "crusade" for "justice and fairness".
Cognition: awake, alert, with no waxing or waning of consciousness. Oriented to person, place, situation.
Insight and Judgment: Limited insight - he is unwilling to consider possibility that he could be experiencing any type of manic or hypomanic state. Judgment limited as well. He refuses to consider potential medical management or hospitalization for further evaluation or observation. He plans to continue his "crusade" to highlight past cases and potential future cases of police injustice

PERTINENT LABS:

| CBC Coll. date | WBC | RBC | HGB | HCT | MCV | MCH | MCHC |
|---|---|---|---|---|---|---|---|
| 10/30/24 12:21 | 5.7 | 5.34 | 14.1 | 43.2 | 80.9 | 26.4 L | 32.6 |

| CBC Coll. date | RDW | PLT | MPV | MONO % | LYMPH % | LYMPH # | MONO # |
|---|---|---|---|---|---|---|---|
| 10/30/24 12:21 | 15.2 H | 229 | 8.9 | 9.9 | 44.5 H | 2.5 | 0.6 |

CH - Chem & Hematology

| Collection DT | Specimen | Test Name | Result | Units | Ref Range |
|---|---|---|---|---|---|
| 10/30/2024 12:54 | URINE | CREA UR | 324.18 | mg/dL | Ref: See Eval |
| " | " | " | AMPHETAMINES-DAU | NEG | Cutoff - 1000 ng/mL |
| " | " | " | CANNABINOIDS-DAU | NEG | Cutoff - 50 ng/mL |
| " | " | " | OPIATES-DAU | NEG | Cutoff - 300 ng/mL |
| " | " | " | UR BARB | NEG | Cutoff - 200 ng/mL |
| " | " | " | UR BENZ | NEG | Cutoff - 200 ng/mL |
| " | " | " | COCAINE-DAU | NEG | Cutoff - 300 ng/mL |
| 10/30/2024 12:54 | URINE !! | UA GLUCOSE | Negative | NEG | |
| " | " | " !! | UA PROTEIN | Trace | |

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
FRAZIER,KEITH L
5223 MABELVALE PIKE
LITTLE ROCK, ARKANSAS  72209

**VISTA Electronic Medical Documentation**
Printed at CAVHS

# Consult Requests

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NEG " | " | " | !! | UA BILIRUBIN | Negative | | |
| NEG " | " | " | !! | UA UROBILINOGEN | Negative | mg/dL | |
| NEG " | " | " | !! | UA PH | 5.5 | | 5.0 - 8.0 |
| " | " | " | !! | UA BLOOD | Negative | | |
| NEG " | " | " | !! | UA KETONES | Trace | | |
| NEG " | " | " | !! | UA NITRITE | Negative | | |
| NEG " | " | " | !! | UA LEUK ESTERASE | Negative | | |
| NEG " | " | " | !! | UA APPEARANCE | CLEAR | | Ref: |
| CLEAR " | " | " | !! | SP.GRAV | 1.030 | | 1.001 - |
| 1.035 " | " | " | !! | UA COLOR | YELLOW | | Ref: |
| COLORLESS-YELLOW 10/30/2024 12:21 | BLOOD | | | MDW | 18.0 | units | Ref: SEE |
| EVAL " | " | " | | WBC | 5.7 | x10-3/uL | 3.6 - |
| 10.0 " | " | " | | RBC | 5.34 | x10-6/uL | 4.0 - 6.0 |
| " | " | " | | HGB | 14.1 | g/dL | 13.5 - |
| 18.0 " | " | " | | HCT | 43.2 | % | 40.0 - |
| 54.0 " | " | " | | MCV | 80.9 | fL | 80.0 - |
| 94.0 " | " | " | | MCH | 26.4 L | pg | 27 - 33 |
| " | " | " | | MCHC | 32.6 | g/dL | 32.0 - |
| 36.0 " | " | " | | RDW | 15.2 H | % | 11.5 - |
| 14.5 " | " | " | | PLATELET COUNT | 229 | x10-3/uL | 150.0 - |
| 450.0 " | " | " | | MPV | 8.9 | fL | 7.4 - |
| 10.4 " | " | " | | LY % | 44.5 H | % | Ref: SEE |
| ABSOLUTE # " | " | " | | MO % | 9.9 | % | Ref: SEE |
| ABSOLUTE # " | " | " | | LY # | 2.5 | x10-3/uL | 1.0 - 4.3 |
| " | " | " | | MO # | 0.6 | x10-3/uL | 0.3 - 1.0 |
| " | " | " | | NE % | 43.2 L | % | Ref: SEE |
| ABSOLUTE # " | " | " | | NE # | 2.4 | x10-3/uL | 2.4 - 7.6 |
| " | " | " | | EO # | 0.1 | x10-3/uL | 0.0 - 0.5 |

| | |
|---|---|
| **PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)** | **VISTA Electronic Medical Documentation** |
| FRAZIER,KEITH L 5223 MABELVALE PIKE LITTLE ROCK, ARKANSAS  72209 | Printed at CAVHS |

# Consult Requests

Printed On Dec 9, 2024

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| " | " | " | BA # | 0.0 | x10-3/uL | 0.0 - 0.1 | |
| " | " | " | EO % | 2.2 | % | Ref: SEE | |
| ABSOLUTE # | | | | | | | |
| " | " | " | BA % | 0.2 | % | Ref: SEE | |
| ABSOLUTE # | | | | | | | |
| 10/30/2024 12:21 | PLASMA | | TROP I HS | 6.8 | pg/mL | 0 - | |
| 19.9 | | | | | | | |
| " | " | " | SODIUM | 137 | mmol/L | 135 - 145 | |
| " | " | " | POTASSIUM | 3.6 | mmol/L | 3.5 - 5.1 | |
| " | " | " | CHLORIDE | 104 | mmol/L | 100 - 109 | |
| " | " | " | CO2 | 22 | mmol/L | 22 - 29 | |
| " | " | " | GLUCOSE | 121 H | mg/dL | 70 - 109 | |
| " | " | " | ALBUMIN | 4.7 | g/dL | 3.4 - 5 | |
| " | " | " | TOT. BILIRUBIN | 0.9 | mg/dL | 0 - 1.1 | |
| " | " | " | AST (SGOT) | 51 H | U/L | 15 - 46 | |
| " | " | " | CREATININE | 1.1 | mg/dL | 0.6 - 1.3 | |
| " | " | " | EGFR CKD-EPI 2021 | 77 L | "See Eval" | Ref: >=90 | |
| " | " | " | ETHANOL | <5 | mg/dL | Ref: None | |
| Detected | | | | | | | |
| " | " | " | TSH | 1.03 | uIU/mL | 0.34 - 5.6 | |
| " | " | " | CALCIUM | 9.5 | mg/dL | 8.3 - | |
| 10.3 | | | | | | | |
| " | " | " | ALT (SGPT) | 68 H | U/L | 11 - 63 | |
| " | " | " | AMYLASE | 42 | U/L | 28 - 100 | |
| " | " | " | UREA NITROGEN | 17 | mg/dL | 5.0 - | |
| 20.0 | | | | | | | |
| " | " | " | ALKPHOS | 71 | U/L | 31 - 126 | |
| " | " | " | GGT | 21 | U/L | 5 - 60 | |
| " | " | " | LIPASE | 24 | U/L | 10 - 50 | |

!! Indicates COMMENTS AVAILABLE...Refer to Interim Lab Report.

SCLU - DAU 1/1Y  (max 1 occurrence or 1 year)
Collection DT    Spec  OPIATES UR BARB AMPHETA COCAINE CANNABI UR BENZ CREA
UR
10/30/2024 12:54  URINE  NEG     NEG     NEG    NEG     NEG     NEG
324.18
PREGNANCY TEST-URINE PANEL - NONE FOUND


REVIEWED PERTINENT RISK AND PROTECTIVE FACTORS FOR SUICIDE, TO INCLUDE:
-PRESENCE of Suicidal Ideation, Plan, or Intent
-ACCESS to FIREARMS or other lethal means (pills).  If so, discussed
removing or securing items, preferably by another trusted adult, in
order to decrease immediate access.
-STATIC RISK FACTORS: Age(Young adult or Elderly), Ethnicity
(Caucasian), Sex (Male), Sexual Orientation (Homosexual or
Transgendered), Family History of Suicide or Attempts
-DYNAMIC RISK FACTORS: Psychosis, SUD, Mood/Personality/Trauma-Related
Disorders, Impulsivity, Agitation, Hopelessness, or Command Hallucinations

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| FRAZIER,KEITH L<br>5223 MABELVALE PIKE<br>LITTLE ROCK, ARKANSAS  72209 | Printed at CAVHS |

# Consult Requests

-PRESENCE of PSYCHOSOCIAL or PHYSICAL HEALTH (CHRONIC PAIN) STRESSORS
-RECENT DISCHARGE from Hospital or Treatment Program

-PROTECTIVE FACTORS: Positive Coping Skills, Spirituality, Responsibility to
Family or Pets, Positive Therapeutic
Relationships Engaged In/Motivated for Treatment, Good Social
Support Network, Economic Security, Stable Housing
-IF DISCHARGED, Patient was provided information on Crisis Numbers and
ED Services, as well as Outpatient Mental Health and SUD Services.

IMPRESSION: 59 y/o Veteran who is new to VA mental health services, and who
has had limited contact with the VA in the last several years. He was brought
to the ED for psych evaluation due to manic behavior.  He describes having
decreased sleep the last week or so, with corresponding increased
energy/activity, and some increased irritability.  His mind is "a constant
buzzing beehive that never stops", and he makes several grandiose comments,
such as "I'm a photographer extraordinaire", and that he is on a crusade to
change the course of justice in the U.S.  He has limited insight, and is not
willing to consider psychotropic medication recommendations made by this
provider, or to consider hospitalization or outpatient followup.  He is
unwilling to consider the possibility that he could be manic.  He gives
credence to several conspiracy theories, such as pharmaceutical companies
engineering medications to prolong illnesses to generate increased profits,
and that physicians are potentially active participants in these schemes, and
in propping up the "establishment" in general, thereby blocking social
change/justice. While these may be indicative of possible psychosis, they are
also fairly commonly held cultural beliefs, and it's unclear if his beliefs
rise to level of psychotic delusions (although I suspect they do, or soon
will). Given this and his recent interactions with the police, I considered
placing him on an involuntary commitment, however, he does not meet criteria
at this time.  He is very well-versed in his legal rights, and what
constitutes actual criminal behavior.  He is adamant that he has no SI (and
specifically no plans to "suicide by cop"), and he denies any HI.  He is not
actively responding to internal stimuli during his extended exam.  He
maintains non-violent, cooperative behavior throughout his lengthy ED stay.
He denies any access to weapons.  His stated plan is to continue his "crusade
for justice" by visiting local police stations and recording his first
amendment audits so that he will have grounds to file lawsuits against the
police and pursue legal action in a court of law.  In short, while I cautioned
him regarding his plans and encouraged him to pursue routes that did not
involve personal interactions with the police, recording interactions with
police and being litigious does not constitute grounds for an involuntary
hold.  He was appreciative of time this MD spent listening to him today (1.5
hours), although expressed disappointment that more time - "at least 3
hours" - was not spent.  We parted the interview on good terms, and I
expressed my hope that he would not hesitate to return to the VA should he
experience any increased problems with sleep, irritability, or other mood
lability or behavioral issues.  He voiced his appreciation and that he did not
foresee any need for mental health intervention, but would keep the VA in
mind.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| FRAZIER,KEITH L<br>5223 MABELVALE PIKE<br>LITTLE ROCK, ARKANSAS   72209 | Printed at CAVHS |

# Consult Requests

DX: Bipolar Disorder, manic, moderate; r/o severe with psychotic features

RECOMMENDATIONS:
1) Recommended Veteran stop any antidepressant medication, including Bupropion, due to potential to contribute to mania.  Veteran voiced his disagreement with recommendation and psychoeducation regarding antidepressant medications.  (However, Veteran stated that his wife is a nurse and had already removed bupropion from his pill minder).
2) Recommended Veteran begin a trial of a mood stabilizer such as Divalproex or a second-generation antipsychotic, to target mood instability.  Veteran refused, stating he did not trust any psychotropic medications, as they all had "dangerous side effects", and were of no actual benefit.
3) Recommended hospitalization for further evaluation, and at a minimum that Veteran consider outpatient followup with VA or with his established provider.  Veteran stated he did not have any mental health problems, just a "thirst for Justice" and did not need mental health intervention.
4) Educated Veteran on availability of urgent/emergent services on a 24/7 basis through VA ED, and instructed him to return at any time.  Educated him on availability of services through local ED, with potential for referral/transfer to VA should he so desire.
5) Return to ED or call 911/988 prn.
6) Case discussed with ED MD.

IF PATIENT HAD POSITIVE SUICIDE SCREEN (C-SSRS) AND IS BEING DISCHARGED, A COMPREHENSIVE SUICIDE RISK EVALUATION (CSRE) NOTE HAS BEEN COMPLETED:
  NOT REQUIRED DUE TO NEGATIVE SUICIDE SCREEN (C-SSRS) OR PATIENT
  HOSPITALIZATION

IF PATIENT HAD CSRE PERFORMED WITH ACUTE OR CHRONIC RISK IDENTIFIED AS INTERMEDIATE OR HIGH, AND IS BEING DISCHARGED, A SUICIDE PREVENTION SAFETY PLAN NOTE HAS BEEN COMPLETED:
  NOT REQUIRED DUE TO NEGATIVE C-SSRS, LOW ACUTE AND LOW CHRONIC RISK
  ON CSRE, OR PATIENT HOSPITALIZATION

CASE DISCUSSED WITH PSYCHIATRY ATTENDING ON CALL, WHO HAS BEEN ADDED AS AN ADDITIONAL SIGNER TO THIS NOTE:
  NOT REQUIRED, STAFF EVALUATION

/es/ SHANNA PALMER, M.D.
Staff Psychiatrist
Signed: 10/30/2024 19:39
================================================================================
================================== END =======================================

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| FRAZIER,KEITH L<br>5223 MABELVALE PIKE<br>LITTLE ROCK, ARKANSAS   72209 | Printed at CAVHS |

Page 10 of 27

# Progress Notes

```
LOCAL TITLE: PSYCHIATRY-EMERGENCY OUTPT CONSULT RESULTS
STANDARD TITLE: PSYCHIATRY CONSULT
DATE OF NOTE: OCT 30, 2024@18:16     ENTRY DATE: OCT 30, 2024@18:16:21
      AUTHOR: PALMER,SHANNA       EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED


TIME IN: 1500
TIME OUT: 1630

CHIEF COMPLAINT: "Poor sleep"


HPI:KEITH L FRAZIER is a 59 y/o MALE who presented to the ED with his wife,
requesting change in his antidepressant medication.  Wife reported concerns
for possible manic behavior to ED staff, but had to leave prior to this MD's
arrival and was not available for interview. On interview, Mr. Frazier is
hyperverbal and extremely tangential.  He gives a very long and convoluted
explanation as to why he is in the ED, involving difficulty with sleep and an
extensive, very detailed account of recent dreams. He reports his community
primary care physician prescribes bupropion for depression, but was unable to
see him today to discuss possible medical changes, or changes in behavior.
Mr. Frazier relates his mind is "a constant buzzing beehive that never stops",
and that he has been this way his entire life. "I'm a creative, unusual,
upbeat Gemini creature".  He denies any history of mania or diagnosis of
bipolar disorder.  It is unclear as to what led to the bupropion prescription,
or how long he has been taking this (he relates he has been off of it for two
weeks). He admits that recent decrease in sleep has left him "snippy" with
his wife, and this has adversely impacted the limited amount of time they are
able to spend together (he states she is very busy with her work schedule).
However, he is unwilling to consider that bupropion may be contributing to
mania or hypomania, and is unwilling to contemplate mania/hypomania as a
potential concern.  When questioned about report of recent visit to local
police station, Veteran goes on a prolonged explanation of his "crusade" for
justice after he watched number First Amendment Auditor videos on Youtube, and
decided he needed to assess the local Alexander police station's adherence to
the constitution and bill of rights.  Veteran has subsequently presented to
the local station 3 times, and states he plans to return.  He repeatedly
states "I'm there to provide a solution, before there is a problem", and that
this is what he told the Alexander police.  He often references his good
relationships/friendships with police officers based on his history in the
military and his previous jobs working at Chic-Fil-A and at the mall, where he
had frequent contact with local police.  He displays some anger when
discussing how police in general are not being held accountable for their
violations of civil rights, especially against Black men, and that he is
committed to changing the course of justice in the U.S.  He plans to continue
to visit the local police station to assess their understanding of their role
and citizens' rights, and adherence to the Constitution and to policing
statutes, such as if they are displaying the American flag in the station and
on their uniforms, are they engaging in any profanity, are they complying with
his FOIA requests, will they arrest him without proper provocation, etc.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| FRAZIER,KEITH L<br>5223 MABELVALE PIKE<br>LITTLE ROCK, ARKANSAS   72209 | Printed at CAVHS |

Page 11 of 27

# Progress Notes

However, he was very clear that he plans to do so in a peaceful manner, with no weapons "other than my razor-sharp wit", and with a device for video recording. He states he presents in t-shirt and shorts, with no overcoats or bagging clothing that could give the impression of hiding a weapon. He adamantly denies any plans to physically harm himself or anyone else, or to verbally or non-verbally threaten anyone. He denies any auditory or visual hallucinations. Denies drugs or alcohol, although states he would like a prescription for medical marijuana as he believes it is the only substance which has ever "calmed" his mind. He denies possessing or having access to any firearms or other weapons. He states he plans to record his interactions so that he can then file multiple lawsuits, with goal of making a case in front of the Supreme Court that will change the behavior of police officers across the country.

Comments:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_____

PAST PSYCHIATRIC HISTORY: Treated for depression with bupropion prescribed by community PCP Dr. Humbert. Veteran denies any psychiatric hospitalizations, or suicide attempts.

SOCIAL HISTORY: Married. Lives with wife and children. Reports he used to be a greeter at Chic-Fil-A, but that he now mainly works with his wife cleaning homes/offices or detailing cars. Reports h/o abuse in his youth by church priest, and that his biological mother gave birth to him and his twin brother at just 15 y/o, and that he and his brother were separately adopted out due to mother's struggles with drugs and alcohol and inability to adequately care for them. Served in the Army and the Marines.

MILITARY SERVICE:
Branch of Service: MARINE CORPS
Service entry day: SEP 5,1984
Service Separation date: SEP 5,1989
POW: NO
Combat Service: NO
Period of Service: POST-VIETNAM

FAMILY HISTORY: Reports his biological mother struggled with drugs and alcohol.

Medical History:

Active Problem
Benign essential hypertension I10. 06/04/2019 MCKELVEY,RICHARD ERIN
Low back pain M54.5 02/13/2017 MCKELVEY,RICHARD ERIN

Surgical History:
Operations performed at this facility:   No data available

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)<br>FRAZIER,KEITH L<br>5223 MABELVALE PIKE<br>LITTLE ROCK, ARKANSAS   72209 | VISTA Electronic Medical Documentation<br>Printed at CAVHS |
| --- | --- |

# Progress Notes

DELIRIUM RISK ASSESSMENT REQUIRED ON ALL PATIENTS AGE 65 OR GREATER: PATIENT'S
AGE IS 59
Selection outcome:
No Delirium Risk Assessment required on this patient, does not meet age
requirement.

Essential Medication List for Review
  Essential Medication List for Review with EMLR/Local was used to complete
  this medication review. A written medication list was provided and reviewed
  with the patient/caregiver.

  ESSENTIAL MED LIST:
  Remote and Local Allergies:
  FACILITY                              ALLERGY/ADR
  --------                              -----------
  No Remote Allergy/ADR Data available for this patient
  CENTRAL ARKANSAS HCS                  No Known Allergies

  <<<<<
  Active Outpatient Medications (including Supplies):

  No Medications Found


  <<<<<
  Active Inpatient Medications (including Supplies):

      Pending Inpatient Medications                    Status
  ==========================================================================
  1)    NORMAL SALINE INJ  2ML 0.9% IV Q12H              PENDING
  2)    NORMAL SALINE INJ,SOLN in NORMAL SALINE 500 ML  15  PENDING
        ml/hr IV

  <<<<< No Active Remote Medications for this patient

  <<<<<
  Recently Expired Inpatient, Outpatient and Clinic Medications
  (including Supplies):

  No Medications Found


  ----------------------------------------------------------------------
                      END OF MEDICATION LIST
  ----------------------------------------------------------------------
  Medication Reconciliation:
    Based on the medication review/history taken previously:
      No medications changes were required.

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
FRAZIER,KEITH L
5223 MABELVALE PIKE
LITTLE ROCK, ARKANSAS   72209

**VISTA Electronic Medical Documentation**
Printed at CAVHS

# Progress Notes

Was medication education provided for new medications or changes to medications? (including medication name, dose, route, reason for use, and potential side effects).
   No new medications or medication changes during this encounter.

The risks and benefits of this medication regimen were discussed with the patient, and the patient agrees with the current treatment plan.


   Patient declined After Visit Summary or another approved/reconciled medication list at the end of the visit.


==============================================================
REVIEW OF SYSTEMS:
_____

NEUROLOGIC:
Does the patient have an Acute Stroke?
   No

_____

MENTAL HEALTH:
(+)Positive symptoms reported:  Difficulty sleeping

_____

ALLERGIC/IMMUNOLOGIC:
Immunizations:

APR 21, 2021   COVID-19 (PFIZER), MRNA, LNP-S, PF, 30 MCG/0.3 ML DOSE
MAY 17, 2022   COVID-19 (PFIZER), MRNA, LNP-S, PF, 30 MCG/0.3 ML DOSE,
TRIS-SUCROSE (AGES 12+ YEARS)
OCT 09, 2022   COVID-19 (PFIZER), MRNA, LNP-S, BIVALENT, PF, 30 MCG/0.3 ML DOSE
MAY 17, 2022   COVID-19 (PFIZER), MRNA, LNP-S, PF, 30 MCG/0.3 ML DOSE
OCT 25, 2021   COVID-19 (PFIZER), MRNA, LNP-S, PF, 30 MCG/0.3 ML DOSE
APR 21, 2022   COVID-19 (PFIZER), MRNA, LNP-S, PF, 30 MCG/0.3 ML DOSE
MAR 31, 2021   COVID-19 (PFIZER), MRNA, LNP-S, PF, 30 MCG/0.3 ML DOSE
DEC 02, 2019   ZOSTER RECOMBINANT
DEC 02, 2019   INFLUENZA, SPLIT VIRUS, QUADRIVALENT, PF
JUN 04, 2019   PNEUMOCOCCAL CONJUGATE PCV 13
JUN 04, 2019   ZOSTER RECOMBINANT
FEB 10, 2017   INFLUENZA, ADJUVANTED, TRIVALENT, PF
FEB 08, 2017   TDAP
*************
PHYSICAL EXAM
*************

_____

VITAL SIGNS:
BP: 133/78 (10/30/2024 10:27)
Pulse: 92 (10/30/2024 10:27)
Respirations: 18 (10/30/2024 10:27)
Temperature: 98.2 F [36.8 C] (10/30/2024 10:27)
_____

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
FRAZIER,KEITH L
5223 MABELVALE PIKE
LITTLE ROCK, ARKANSAS   72209

VISTA Electronic Medical Documentation
Printed at CAVHS

Page 14 of 27

# Progress Notes

Mental Status Exam:

Appearance/behavior: 59 y/o AAM, appearing stated age, dressed in lavender tshirt, jeans, and sneakers.  Dark curly hair, with graying goatee, minimal facial stubble.  Wears prescription glasses. Good eye contact. Cooperative with exam.

Motor/gait: No tics or tremors.  Gait intact.

Mood: "snippy"

Affect: Begins with a sexual joke about his primary care provider, but then apologizes and states, "That's just my sense of humor".  He is mostly calm, but sits up abruptly and is noticeably angry when discussing police misconduct, listing several cases from national news.  He quickly calms down and is once again polite and smiling.

Speech: Extremely verbose. Slightly increased rate.  Moderately pressured. Able to be interrupted, but it is difficult and patient expresses displeasure with it (this is after he has spoken mostly non-stop for 30 minutes).

Thought processes: Extremely tangential with rare loosening of associations.

Thought content: Denies SI or HI.  Denies psychosis.  He is fixated on instances of police misconduct and describes himself as being on a "crusade" for "justice and fairness".

Cognition: awake, alert, with no waxing or waning of consciousness.  Oriented to person, place, situation.

Insight and Judgment: Limited insight – he is unwilling to consider possibility that he could be experiencing any type of manic or hypomanic state.  Judgment limited as well.  He refuses to consider potential medical management or hospitalization for further evaluation or observation.  He plans to continue his "crusade" to highlight past cases and potential future cases of police injustice


PERTINENT LABS:

| CBC Coll. date | WBC | RBC | HGB | HCT | MCV | MCH | MCHC |
|---|---|---|---|---|---|---|---|
| 10/30/24 12:21 | 5.7 | 5.34 | 14.1 | 43.2 | 80.9 | 26.4 L | 32.6 |

| CBC Coll. date | RDW | PLT | MPV | MONO % | LYMPH % | LYMPH # | MONO # |
|---|---|---|---|---|---|---|---|
| 10/30/24 12:21 | 15.2 H | 229 | 8.9 | 9.9 | 44.5 H | 2.5 | 0.6 |

CH - Chem & Hematology

| Collection DT | Specimen | Test Name | Result | Units | Ref Range |
|---|---|---|---|---|---|
| 10/30/2024 12:54 | URINE | CREA UR | 324.18 | mg/dL | Ref: See Eval |
| " " " | AMPHETAMINES-DAU | NEG | | | Cutoff – 1000 ng/mL |
| " " " | CANNABINOIDS-DAU | NEG | | | Cutoff – 50 ng/mL |
| " " " | OPIATES-DAU | NEG | | | Cutoff – 300 ng/mL |
| " " " | UR BARB | NEG | | | Cutoff – 200 ng/mL |
| " " " | UR BENZ | NEG | | | Cutoff – |

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
FRAZIER,KEITH L
5223 MABELVALE PIKE
LITTLE ROCK, ARKANSAS   72209

VISTA Electronic Medical Documentation
Printed at CAVHS

Page 15 of 27

# Progress Notes

```
200 ng/mL
   "          "          "         COCAINE-DAU        NEG              Cutoff  -
300 ng/mL
10/30/2024 12:54  URINE !!  UA GLUCOSE        Negative
NEG
   "          "          "      !!  ·UA PROTEIN          Trace
NEG
   "          "          "      !!   UA BILIRUBIN        Negative
NEG
   "          "          "      !!   UA UROBILINOGEN  Negative    mg/dL
NEG
   "          "          "      !!   UA PH                5.5              5.0 - 8.0
   "          "          "      !!   UA BLOOD          Negative
NEG
   "          "          "      !!   UA KETONES         Trace
NEG
   "          "          "      !!   UA NITRITE          Negative
NEG
   "          "          "      !!   UA LEUK ESTERASE Negative
NEG
   "          "          "      !!   UA APPEARANCE      CLEAR              Ref:
CLEAR
   "          "          "      !!   SP.GRAV            1.030            1.001 -
1.035
   "          "          "      !!   UA COLOR           YELLOW             Ref:
COLORLESS-YELLOW
10/30/2024 12:21  BLOOD     MDW                18.0   units  Ref: SEE
EVAL
   "          "          "         WBC                5.7    x10-3/uL   3.6 -
10.0
   "          "          "         RBC                5.34   x10-6/uL   4.0 - 6.0
   "          "          "         HGB                14.1   g/dL       13.5 -
18.0·
   "          "          "         HCT                43.2   %          40.0 -
54.0
   "          "          "         MCV                80.9   fL         80.0 -
94.0
   "          "          "         MCH                26.4 L pg          27 - 33
   "          "          "         MCHC               32.6   g/dL       32.0 -
36.0
   "          "          "         RDW                15.2 H %          11.5 -
14.5
   "          "          "         PLATELET COUNT     229    x10-3/uL 150.0 -
450.0
   "          "          "         MPV                8.9    fL         7.4 -
10.4
   "          "         ·"         LY %               44.5 H %          Ref: SEE
ABSOLUTE #
   "          "          "         MO %               9.9    %          Ref: SEE
ABSOLUTE #
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)    VISTA Electronic Medical Documentation
FRAZIER,KEITH L                                                 Printed at CAVHS
5223 MABELVALE PIKE
LITTLE ROCK, ARKANSAS   72209

Page 16 of 27

# Progress Notes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| " | " | " | LY # | | 2.5 | x10-3/uL | 1.0 - 4.3 |
| " | " | " | MO # | | 0.6 | x10-3/uL | 0.3 - 1.0 |
| " | " | " | NE % | | 43.2 L | % | Ref: SEE |
| ABSOLUTE # | | | | | | | |
| " | " | " | NE # | | 2.4 | x10-3/uL | 2.4 - 7.6 |
| " | " | " | EO # | | 0.1 | x10-3/uL | 0.0 - 0.5 |
| " | " | " | BA # | | 0.0 | x10-3/uL | 0.0 - 0.1 |
| " | " | " | EO % | | 2.2 | % | Ref: SEE |
| ABSOLUTE # | | | | | | | |
| " | " | " | BA % | | 0.2 | % | Ref: SEE |
| ABSOLUTE # | | | | | | | |
| 10/30/2024 12:21 | PLASMA | | TROP I HS | | 6.8 | pg/mL | 0 - |
| 19.9 | | | | | | | |
| " | " | " | SODIUM | | 137 | mmol/L | 135 - 145 |
| " | " | " | POTASSIUM | | 3.6 | mmol/L | 3.5 - 5.1 |
| " | " | " | CHLORIDE | | 104 | mmol/L | 100 - 109 |
| " | " | " | CO2 | | 22 | mmol/L | 22 - 29 |
| " | " | " | GLUCOSE | | 121 H | mg/dL | 70 - 109 |
| " | " | " | ALBUMIN | | 4.7 | g/dL | 3.4 - 5 |
| " | " | " | TOT. BILIRUBIN | | 0.9 | mg/dL | 0 - 1.1 |
| " | " | " | AST (SGOT) | | 51 H | U/L | 15 - 46 |
| " | " | " | CREATININE | | 1.1 | mg/dL | 0.6 - 1.3 |
| " | " | " | EGFR CKD-EPI 2021 | | 77 L | "See Eval" | Ref: >=90 |
| " | " | " | ETHANOL | | <5 | | Ref: None |
| Detected | | | | | | | |
| " | " | " | TSH | | 1.03 | uIU/mL | 0.34 - 5.6 |
| " | " | " | CALCIUM | | 9.5 | mg/dL | 8.3 - |
| 10.3 | | | | | | | |
| " | " | " | ALT (SGPT) | | 68 H | U/L | 11 - 63 |
| " | " | " | AMYLASE | | 42 | U/L | 28 - 100 |
| " | " | " | UREA NITROGEN | | 17 | mg/dL | 5.0 - |
| 20.0 | | | | | | | |
| " | " | " | ALKPHOS | | 71 | U/L | 31 - 126 |
| " | " | " | GGT | | 21 | U/L | 5 - 60 |
| " | " | " | LIPASE | | 24 | U/L | 10 - 50 |

!!  Indicates COMMENTS AVAILABLE...Refer to Interim Lab Report.


SCLU - DAU 1/1Y  (max 1 occurrence or 1 year)
Collection DT    Spec  OPIATES UR BARB AMPHETA COCAINE CANNABI UR BENZ CREA
UR
10/30/2024 12:54   URINE  NEG      NEG      NEG      NEG      NEG      NEG
324.18
PREGNANCY TEST-URINE PANEL - NONE FOUND



REVIEWED PERTINENT RISK AND PROTECTIVE FACTORS FOR SUICIDE, TO INCLUDE:
-PRESENCE of Suicidal Ideation, Plan, or Intent
-ACCESS to FIREARMS or other lethal means (pills).  If so, discussed
removing or securing items, preferably by another trusted adult, in

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| FRAZIER,KEITH L<br>5223 MABELVALE PIKE<br>LITTLE ROCK, ARKANSAS  72209 | Printed at CAVHS |

# Progress Notes

order to decrease immediate access.
-STATIC RISK FACTORS: Age(Young adult or Elderly), Ethnicity
(Caucasian), Sex (Male), Sexual Orientation (Homosexual or
Transgendered), Family History of Suicide or Attempts
-DYNAMIC RISK FACTORS: Psychosis, SUD, Mood/Personality/Trauma-Related
Disorders, Impulsivity, Agitation, Hopelessness, or Command Hallucinations
-PRESENCE of PSYCHOSOCIAL or PHYSICAL HEALTH (CHRONIC PAIN) STRESSORS
-RECENT DISCHARGE from Hospital or Treatment Program

-PROTECTIVE FACTORS: Positive Coping Skills, Spirituality, Responsibility to
Family or Pets, Positive Therapeutic
Relationships Engaged In/Motivated for Treatment, Good Social
Support Network, Economic Security, Stable Housing
-IF DISCHARGED, Patient was provided information on Crisis Numbers and
ED Services, as well as Outpatient Mental Health and SUD Services.

IMPRESSION: 59 y/o Veteran who is new to VA mental health services, and who
has had limited contact with the VA in the last several years. He was brought
to the ED for psych evaluation due to manic behavior.  He describes having
decreased sleep the last week or so, with corresponding increased
energy/activity, and some increased irritability.  His mind is "a constant
buzzing beehive that never stops", and he makes several grandiose comments,
such as "I'm a photographer extraordinaire", and that he is on a crusade to
change the course of justice in the U.S.  He has limited insight, and is not
willing to consider psychotropic medication recommendations made by this
provider, or to consider hospitalization or outpatient followup.  He is
unwilling to consider the possibility that he could be manic.  He gives
credence to several conspiracy theories, such as pharmaceutical companies
engineering medications to prolong illnesses to generate increased profits,
and that physicians are potentially active participants in these schemes, and
in propping up the "establishment" in general, thereby blocking social
change/justice. While these may be indicative of possible psychosis, they are
also fairly commonly held cultural beliefs, and it's unclear if his beliefs
rise to level of psychotic delusions (although I suspect they do, or soon
will). Given this and his recent interactions with the police, I considered
placing him on an involuntary commitment, however, he does not meet criteria
at this time.  He is very well-versed in his legal rights, and what
constitutes actual criminal behavior.  He is adamant that he has no SI (and
specifically no plans to "suicide by cop"), and he denies any HI.  He is not
actively responding to internal stimuli during his extended exam.  He
maintains non-violent, cooperative behavior throughout his lengthy ED stay.
He denies any access to weapons.  His stated plan is to continue his "crusade
for justice" by visiting local police stations and recording his first
amendment audits so that he will have grounds to file lawsuits against the
police and pursue legal action in a court of law.  In short, while I cautioned
him regarding his plans and encouraged him to pursue routes that did not
involve personal interactions with the police, recording interactions with
police and being litigious does not constitute grounds for an involuntary
hold.  He was appreciative of time this MD spent listening to him today (1.5
hours), although expressed disappointment that more time - "at least 3

---

FRAZIER,KEITH L
5223 MABELVALE PIKE
LITTLE ROCK, ARKANSAS   72209

VISTA Electronic Medical Documentation
Printed at CAVHS

# Progress Notes

hours" - was not spent.  We parted the interview on good terms, and I expressed my hope that he would not hesitate to return to the VA should he experience any increased problems with sleep, irritability, or other mood lability or behavioral issues.  He voiced his appreciation and that he did not foresee any need for mental health intervention, but would keep the VA in mind.

DX: Bipolar Disorder, manic, moderate; r/o severe with psychotic features

RECOMMENDATIONS:
1) Recommended Veteran stop any antidepressant medication, including Bupropion, due to potential to contribute to mania.  Veteran voiced his disagreement with recommendation and psychoeducation regarding antidepressant medications.  (However, Veteran stated that his wife is a nurse and had already removed bupropion from his pill minder).
2) Recommended Veteran begin a trial of a mood stabilizer such as Divalproex or a second-generation antipsychotic, to target mood instability.  Veteran refused, stating he did not trust any psychotropic medications, as they all had "dangerous side effects", and were of no actual benefit.
3) Recommended hospitalization for further evaluation, and at a minimum that Veteran consider outpatient followup with VA or with his established provider.  Veteran stated he did not have any mental health problems, just a "thirst for Justice" and did not need mental health intervention.
4) Educated Veteran on availability of urgent/emergent services on a 24/7 basis through VA ED, and instructed him to return at any time.  Educated him on availability of services through local ED, with potential for referral/transfer to VA should he so desire.
5) Return to ED or call 911/988 prn.
6) Case discussed with ED MD.

IF PATIENT HAD POSITIVE SUICIDE SCREEN (C-SSRS) AND IS BEING DISCHARGED, A COMPREHENSIVE SUICIDE RISK EVALUATION (CSRE) NOTE HAS BEEN COMPLETED:
   NOT REQUIRED DUE TO NEGATIVE SUICIDE SCREEN (C-SSRS) OR PATIENT
   HOSPITALIZATION

IF PATIENT HAD CSRE PERFORMED WITH ACUTE OR CHRONIC RISK IDENTIFIED AS INTERMEDIATE OR HIGH, AND IS BEING DISCHARGED, A SUICIDE PREVENTION SAFETY PLAN NOTE HAS BEEN COMPLETED:
   NOT REQUIRED DUE TO NEGATIVE C-SSRS, LOW ACUTE AND LOW CHRONIC RISK
   ON CSRE, OR PATIENT HOSPITALIZATION

CASE DISCUSSED WITH PSYCHIATRY ATTENDING ON CALL, WHO HAS BEEN ADDED AS AN ADDITIONAL SIGNER TO THIS NOTE:
   NOT REQUIRED, STAFF EVALUATION

/es/ SHANNA PALMER, M.D.
Staff Psychiatrist
Signed: 10/30/2024 19:39

LOCAL TITLE: ED NURSING DISPOSITION

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| FRAZIER,KEITH L<br>5223 MABELVALE PIKE<br>LITTLE ROCK, ARKANSAS   72209 | Printed at CAVHS |

# Progress Notes

```
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: OCT 30, 2024@16:34    ENTRY DATE: OCT 30, 2024@16:34:37
     AUTHOR: WATSON,BRICE A        EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED


ED Nursing Disposition:
NURSING DISCHARGE DOCUMENTATION:

Discharge Diagnosis: psych evaluation

Provider instructions/follow up care:

VITALS::

Blood Pressure: 133/78 (10/30/2024 10:27)
Pulse Ox: Measurement DT      POx
                (L/MIN)(%)
06/07/2022 15:18   96
Heart Rate:  92 (10/30/2024 10:27)
Respiratory Rate:  18 (10/30/2024 10:27)
Temperature:  98.2 F [36.8 C] (10/30/2024 10:27)
Weight:  260.3 lb [118.07 kg] (06/07/2022 15:18)
Method of Transport:  Ambulatory

Date & Time of Veteran leaving:  Oct 30,2024@16:34
Nursing Discharge:
Discharge Checklist:  Patient given appointment for follow up care.,
Medications per Physician's orders., Methods of obtaining further care after
discharge reviewed., Patient treatment plan goals met
Discharge instructions given to:
Patient
Patient discharged to:
Home
Patient wristband was removed and destroyed by shredding.
Additional Information:

Future Appointments:
  No future appointments
If you have thoughts of harming yourself or another, call the following numbers:
Veterans Crisis Line, Dial 988 then Press 1.
Sign up for My HealtheVet att www.myhealth.va.gov For access to
all Features, complete the In-Person Authentication (IPA) at the
North Little Rock Library or at the Patient Education Resource
Center and Release of Information office in Little Rock or
an Outpatient Clinic at your next visit. When you get IPA you
can:

* View appointments and labs
* Order medications online
* Send secure messages to your Primary Care Provider
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| FRAZIER,KEITH L<br>5223 MABELVALE PIKE<br>LITTLE ROCK, ARKANSAS   72209 | Printed at CAVHS |

# Progress Notes

/es/ BRICE A WATSON
RN
Signed: 10/30/2024 16:35

---

LOCAL TITLE: NSG ER NOTE
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: OCT 30, 2024@12:26    ENTRY DATE: OCT 30, 2024@12:26:40
        AUTHOR: WATSON,BRICE A      EXP COSIGNER:
        URGENCY:                    STATUS: COMPLETED

MENTAL HEALTH ASSESSMENT:

patient was brought to room 11 with complaitns of needing a med refill.  the
patient was lured here by his wife under the pretense of getting a psych med
change.  the wife grabbed me outside the room and told me he has been watching
youtube on constitutional law, and how to challenge the police.  she says he has

been stealing his grandkids bicycles and going tot he contsitutional center and
challenging the cops there.  patient seem to be in a manic state and was asked
if he would like a psych eval because his family is worried about him.  he
responded byt telling me about radiowaves being produced by praying and the
doctors cannot understand it.  when I tried using the point that he spoke about
radiowaves when asked if he wanted a psych eval to enforce he probably needed
the evaluation he got offended.  no question that was asked was answered
appropriately,  he just rambled with flight of thoughts. patient denies wanting
to hurt himself or anyone else.  patient agreed to let me draw blood and call
psych to come talk to him.  patient is in NAD, VSS, dr notified of what wife
told me,  awaiting further orders.

PATIENT NOT VOICING THOUGHTS OF SUICIDE OR HOMICIDE
Is patient experiencing auditory hallucinations    No
Is patient experiencing visual hallucinations    No
Is patient demonstrating unusual behavior    Yes
patient seem to be in a manic state

/es/ BRICE A WATSON
RN
Signed: 10/30/2024 12:36

---

LOCAL TITLE: MD ER NOTE
STANDARD TITLE: PHYSICIAN EMERGENCY DEPT NOTE
DATE OF NOTE: OCT 30, 2024@12:13    ENTRY DATE: OCT 30, 2024@12:14:03
        AUTHOR: PARKER,SARAH R      EXP COSIGNER:
        URGENCY:                    STATUS: COMPLETED

CHIEF COMPLAINT: Psychiatric Eval

HISTORY OF PRESENT ILLNESS: Mr. Frazier is a 59yo male with PMHx noted below

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
FRAZIER,KEITH L
5223 MABELVALE PIKE
LITTLE ROCK, ARKANSAS  72209

VISTA Electronic Medical Documentation
Printed at CAVHS

# Progress Notes

presenting to the ED with his wife for further evaluation regarding his psychiatric medications. He reports that he takes wellbutrin daily but is wanting to change medications due to unfavorable side effects such as difficulty

sleeping. His wife is at bedside and endorses additional unusual symptoms that appear manic in nature, such as going down to the police station and "exercising

his rights," disorganized thoughts and difficulty focusing. Wife reports this is

quite abnormal for him and he has no known history of bipolar disorder, although

he also has no meds in the system and has not been seen by primary care since June 2022. He denies any SI/HI or AVH.

ALLERGIES: Patient has answered NKA

REVIEW OF SYSTEMS:
ROS including constitutional, eyes, ENT, pulmonary, cardiovascular, GI, GU, musculoskeletal, neurologic, skin, hematologic, and psychiatric were reviewed and negative except as noted elsewhere in this note.

PAST MEDICAL HISTORY:

Active Problem
Benign essential hypertension I10. 06/04/2019 MCKELVEY,RICHARD ERIN
Low back pain M54.5 02/13/2017 MCKELVEY,RICHARD ERIN

PAST SURGICAL HISTORY:

SOCIAL HISTORY:
-Wife at bedside

FAMILY HISTORY:

Active Outpatient Medications (excluding Supplies):

No Medications Found

PHYSICAL EXAM
- GENERAL: Alert and oriented. No acute distress. Well-nourished.
- EYES: EOMI. Anicteric.
- HENT: Moist mucous membranes. No scleral icterus. No cervical lymphadenopathy.
- LUNGS: Clear to auscultation bilaterally. No accessory muscle use.
- CARDIOVASCULAR: Regular rate and rhythm. No murmur. No JVD.
- ABDOMEN: Soft, non-tender and non-distended. No palpable masses.
- EXTREMITIES: No edema. Non-tender.
- SKIN: No rashes or lesions. Warm.
- NEUROLOGIC: No focal neurological deficits. CN II-XII grossly intact, but not individually tested.
- PSYCHIATRIC: Cooperative although he has disorganized thoughts.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| FRAZIER,KEITH L<br>5223 MABELVALE PIKE<br>LITTLE ROCK, ARKANSAS  72209 | Printed at CAVHS |

# Progress Notes

```
VITALS:
Date              Vital          Measurement        Qualifiers
10/30/2024 10:27  Temp F (C)     98.2 (36.8)
     "      "     Pulse          92
     "      "     Respir         18
     "      "     BP             133/78
     "      "     Pain           0
```

DIAGNOSTIC TESTS:

LAB:

| Test | Measurement | | Unit | Reference |
|---|---|---|---|---|
| WBC | 5.7 | | x10-3/uL | 3.6 - 10.0 |
| RBC | 5.34 | | x10-6/uL | 4.0 - 6.0 |
| HGB | 14.1 | | g/dL | 13.5 - 18.0 |
| HCT | 43.2 | | % | 40.0 - 54.0 |
| MCV | 80.9 | | fL | 80.0 - 94.0 |
| MCH | 26.4 | L | pg | 27 - 33 |
| MCHC | 32.6 | | g/dL | 32.0 - 36.0 |
| RDW | 15.2 | H | % | 11.5 - 14.5 |
| PLATELET COUNT | 229 | | x10-3/uL | 150.0 - 450.0 |
| MPV | 8.9 | | fL | 7.4 - 10.4 |
| LY % | 44.5 | H | % | Ref: SEE ABSOLUTE # |
| MO % | 9.9 | | % | Ref: SEE ABSOLUTE # |
| LY # | 2.5 | | x10-3/uL | 1.0 - 4.3 |
| MO # | 0.6 | | x10-3/uL | 0.3 - 1.0 |
| NE % | 43.2 | L | % | Ref: SEE ABSOLUTE # |
| NE # | 2.4 | | x10-3/uL | 2.4 - 7.6 |
| EO # | 0.1 | | x10-3/uL | 0.0 - 0.5 |
| BA # | 0.0 | | x10-3/uL | 0.0 - 0.1 |
| EO % | 2.2 | | % | Ref: SEE ABSOLUTE # |
| BA % | 0.2 | | % | Ref: SEE ABSOLUTE # |
| MDW | 18.0 | | units | Ref: SEE EVAL |
| SODIUM | 137 | | mmol/L | 135 - 145 |
| POTASSIUM | 3.6 | | mmol/L | 3.5 - 5.1 |
| CHLORIDE | 104 | | mmol/L | 100 - 109 |
| CO2 | 22 | | mmol/L | 22 - 29 |
| GLUCOSE | 121 | H | mg/dL | 70 - 109 |
| ALBUMIN | 4.7 | | g/dL | 3.4 - 5 |
| TOT. BILIRUBIN | 0.9 | | mg/dL | 0 - 1.1 |
| AST (SGOT) | 51 | H | U/L | 15 - 46 |
| CREATININE | 1.1 | | mg/dL | 0.6 - 1.3 |
| EGFR CKD-EPI 2021 | 77 | L | "See Eval" | Ref: >=90 |
| ETHANOL | <5 | | mg/dL | Ref: None Detected |
| TSH | 1.03 | | uIU/mL | 0.34 - 5.6 |
| CALCIUM | 9.5 | | mg/dL | 8.3 - 10.3 |
| ALT (SGPT) | 68 | H | U/L | 11 - 63 |
| AMYLASE | 42 | | U/L | 28 - 100 |
| UREA NITROGEN | 17 | | mg/dL | 5.0 - 20.0 |

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
FRAZIER,KEITH L
5223 MABELVALE PIKE
LITTLE ROCK, ARKANSAS  72209

**VISTA Electronic Medical Documentation**
Printed at CAVHS

# Progress Notes

| | | | |
|---|---|---|---|
| ALKALINE PHOSPHATASE | 71 | U/L | 31 – 126 |
| GGT | 21 | U/L | 5 – 60 |
| LIPASE | 24 | U/L | 10 – 50 |
| TROP I HS | 6.8 | pg/mL | 0 – 19.9 |
| | | | |
| CREATININE, URINE (mg/dL) | 324.18 | mg/dL | Ref: See Eval |
| AMPHETAMINES-DAU | NEG | | Cutoff – 1000 |
| ng/mL | | | |
| CANNABINOIDS-DAU | NEG | | Cutoff – 50 ng/mL |
| OPIATES-DAU | NEG | | Cutoff – 300 ng/mL |
| URINE BARBITURATES-DAU | NEG | | Cutoff – 200 ng/mL |
| URINE BENZODIAZEPINES-DAU | NEG | | Cutoff – 200 ng/mL |
| COCAINE-DAU | NEG | | Cutoff – 300 ng/mL |

ECG:

IMAGING:

ER COURSE/THERAPEUTIC INTERVENTIONS:
59yo male presenting with his wife for increasing abnormal behaviors and
requesting a change in medication. He sees Dr. Humbard at an outside facility
and is currently on Wellbutrin daily. His labs today are WNL, psychiatry was
consulted for further evaluation, please see full consult note. He was deemed
not at risk to himself or others for harm and is able to verbalize a safetly
plan. He is stable for d/c at this time.

ASSESSMENT AND PLAN
Psychiatric evaluation
-Instructed to follow up with primary care provider for further care or return
to ED if acutely worsening.

/es/ SARAH PARKER, APRN
APRN EMERGENCY MEDICINE
Signed: 10/30/2024 17:13

LOCAL TITLE: EMERGENCY DEPARTMENT TRIAGE NOTE
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: OCT 30, 2024@10:25    ENTRY DATE: OCT 30, 2024@10:25:19
      AUTHOR: SHEPARD,MORGAN    EXP COSIGNER:
      URGENCY:                 STATUS: COMPLETED

Emergency Department/Urgent Care Center Triage
Patient age:59      Birth Sex in chart: MALE

Mode of Arrival:
  Private vehicle
Mode of Mobility: *
  Walk

Chief Complaint:

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
FRAZIER,KEITH L
5223 MABELVALE PIKE
LITTLE ROCK, ARKANSAS  72209

VISTA Electronic Medical Documentation
Printed at CAVHS

# Progress Notes

Referred here by MH clinic to get psych med changed rt MD being out of office today.

Triage RN Note (Subjective/Objective):
AAO ambulatory to triage. NAD. Currently on wellbutrin. Reports they want it changed to zoloft or paxil.


Level of Consciousness (AVPU):
  Alert = Appears aware of and responsive to the environment on their own.
          Follows commands, opens eyes spontaneously, and tracks objects.

Vital Signs:
Temperature
  98.2 F (36.8 C)
Pulse
  92
Respirations
  18
Blood Pressure
  133/78
Pulse Oximetry 97 Room Air

 National Early Warning Score (NEWS):
    The NEWS total is 0.

    1. Temperature (C/F):
    Score = 0    36.1 - 38.0 C (96.9 - 100.4 F)

    2. Pulse:
    Score = 0    51-90

    3. Respirations:
    Score = 0    12-20

    4. Blood Pressure (Only Systolic BP, mmHg):
    Score = 0    111-219

    5. Pulse Oximetry:
    Score = 0    96% or greater

    6. Supplemental oxygen in use:
    Score = 0    No

    7. AVPU:
    Score = 0    Alert


Pain:
  No pain

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| FRAZIER,KEITH L<br>5223 MABELVALE PIKE<br>LITTLE ROCK, ARKANSAS  72209 | Printed at CAVHS |

# Progress Notes

```
      Pain Score: 0

Suicide Screen:
Columbia Suicide Severity Rating Scale (C-SSRS) screener
  1. Over the past month, have you wished you were dead or wished you could
go
  to sleep and not wake up?
  No

  2. Over the past month, have you had any actual thoughts of killing
yourself?
  No

  3. Over the past month, have you been thinking about how you might do this?
  Response not required due to responses to other questions.

  4. Over the past month, have you had these thoughts and had some intention
of
  acting on them?
  Response not required due to responses to other questions.

  5. Over the past month, have you started to work out or worked out the
  details of how to kill yourself?
  Response not required due to responses to other questions.

  6. If yes, at any time in the past month did you intend to carry out this
  plan?
  Response not required due to responses to other questions.

  7. In your lifetime, have you ever done anything, started to do anything,
or
  prepared to do anything to end your life (for example, collected pills,
  obtained a gun, gave away valuables, went to the roof but didn't jump)?
  No

  8. If YES, was this within the past 3 months?
  Response not required due to responses to other questions.

Emergency Severity Index (ESI) level:
Level 3



Fall Risk Screen:
  Patient does not meet criteria to be considered as increased fall risk.

Previously documented allergies: Patient has answered NKA

Current Problems:
Active Problem
```

# Progress Notes

```
Benign essential hypertension I10. 06/04/2019 MCKELVEY,RICHARD ERIN
Low back pain M54.5 02/13/2017 MCKELVEY,RICHARD ERIN

/es/ MORGAN SHEPARD
RN
Signed: 10/30/2024 10:35
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

```
FRAZIER,KEITH L
5223 MABELVALE PIKE
LITTLE ROCK, ARKANSAS   72209
```

**VISTA Electronic Medical Documentation**
```
Printed at CAVHS
```

 **Alexander Police Department** 

**15605 Alexander Road**
**Alexander, Arkansas**
**501-274-4400 / 501-455-5531 (fax)**
**PO Box 610 Alexander, Arkansas 72002**
**www.cityofalexander.com**
**Chief of Police Robert Burnett**

Jessica Burnett is no longer employed by the City of Alexander Police Department as of 12/17/2025. I
have no knowledge as to why Burnett ran Mr. Fraizer in ACIC.

Sgt T Preator #204

Alexander Police Department

F 3-25

EXHIBIT
2-D

Issued by the

<u>CIVIL</u> COURT

<u>SALINE</u> County, Arkansas

KEITH L. FRAZIER

v.

ASST. CHIEF BURNETT, ET AL

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER 63-CV-24-2132-2

TO: RICK STALLINGS              EMAIL
    322 S. MAIN ST., STE. 615   RICK.STALLINGS@DPS.ARKANSAS.GOV
    LITTLE ROCK, AR 72201

☐ YOU ARE COMMANDED to appear in the _____ Court of _____ County, Arkansas, at the place, date, and time specified below to testify in the above case.

| Place of Testimony | Courtroom |
|---|---|
|  | Date and Time |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the taking of a deposition in the above case.

| Place of Deposition | Date and Time |
|---|---|

☐ YOU ARE COMMANDED, at the time of the trial, hearing or deposition described above, to produce and permit inspection and copying of the following documents or objects (list documents or objects):

_____

☒ YOU ARE COMMANDED, no more than __21__ business days after receiving this subpoena, to produce and permit inspection and copying of the following documents or objects (list documents or objects):

THE UNAVAILABLE ACIC INFORMATION ON PLAINTIFF KEITH L. FRAZIER, SHOWING MISUSE OF THE SYSTEM AND OUTCOME OF INVESTIGATIONS.

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Arkansas Rules of Civil Procedure 30(b)(6).

PLEASE PROVIDE THE RESULTS OF ANY AND ALL INQUIRIES MADE BY THE ALEXANDER POLICE DEPARTMENT IN REGARD TO KEITH L. FRAZIER, DATE OF BIRTH 06/02/1965, ON OCTOBER 28, 2024, AS WELL AS THE TIMES OF SUCH INQUIRIES.

Meka Bono Sample

BY: *Jennifer Moore*                                    1/9/25

Issuing Officer Signature and Title (Indicate if Attorney for Plaintiff or Defendant)         Date

MYKa Bono Sample  200 N. Main

Issuing Officer's Name, Address, and Phone Number          Benton, AR 72015

## PROOF OF SERVICE

| SERVED | Date | Place |
|---|---|---|
| | | |

| Served on (Print name) | Manner of Service |
|---|---|
| | |

| Served by (Print name) | Title |
|---|---|
| | |

## DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the State of Arkansas that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____     _____

Date                                  Signature of Server

_____

Address of Server

### NOTICE TO PERSONS SUBJECT TO SUBPOENAS

Regardless of his or her county of residence, a witness subpoenaed for examination at a trial or hearing must be properly served with a subpoena at least two days prior to the trial or hearing, or within a shorter time if the court so orders. The subpoena must be accompanied by a witness fee calculated at the rate of $30.00 per day for attendance and $0.25 per mile for travel from the witness' residence to the place of the trial or hearing. Rule 45(d), Ark. R. Civ. P.

A witness subpoenaed in connection with a deposition must be properly served with a subpoena at least five business days prior to a deposition, or within a shorter time if the court so orders. The witness is required to attend a deposition at any place within 100 miles of where he or she resides, is employed, or transacts business in person, or at such other convenient place set by court order. The subpoena must be accompanied by a witness fee calculated at the rate of $30.00 per day for attendance and $0.25 per mile for travel from the witness' residence to the place of the deposition. Rule 45(e), Ark. R. Civ. P.

A subpoena may command the person to whom it is directed to produce for inspection any books, papers, documents, or tangible things designated in the subpoena. The person subpoenaed may ask the court to quash or modify the subpoena if it is unreasonable or oppressive or to require that the person on whose behalf the subpoena is issued pay the reasonable cost of such production. Rule 45(b), Ark. R. Civ. P. The person subpoenaed may also object in writing to inspection or copying of any or all of the designated materials or seek a protective order from the court. If a written objection is made within ten days of service of the subpoena or on or before the time specified for compliance if such time is less than ten days, the party causing the subpoena to be issued is not entitled to inspect the materials unless the court so orders. Rule 45(e), Ark. R. Civ. P.

When a witness fails to attend in obedience to a subpoena or intentionally evades the service of a subpoena by concealment or otherwise, the court may issue a warrant for arresting and bringing the witness before the court to give testimony and answer for contempt. Rule 45(f), Ark. R. Civ. P.

**Rick Stallings (ACIC)**

| | |
|---|---|
| **From:** | Eric Stricklin |
| **Sent:** | Friday, December 27, 2024 11:21 AM |
| **To:** | Rick Stallings (ACIC) |
| **Cc:** | Rhonda Ratterree |
| **Subject:** | Fw: Information follow up re: Asst. Chief Burnett's illegal use of the ACIC |

Here is the response for the misuse case at Alexander PD.

Eric Stricklin
Arkansas Crime Information Center
East Central Field Agent
5014547413

**From:** Timothy Preator <timothy.preator@cityofalexander.org>
**Sent:** Friday, December 27, 2024 10:55 AM
**To:** Eric Stricklin <Eric.Stricklin@dps.arkansas.gov>
**Subject:** Re: Fw: Information follow up re: Asst. Chief Burnett's illegal use of the ACIC

Jessica Burnett is no longer an employee of the Alexander Police Department. I have no knowledge of why they ran Mr.Frazier

---- On Fri, 27 Dec 2024 10:53:21 -0600 **Eric Stricklin <Eric.Stricklin@dps.arkansas.gov>** wrote ---

Eric Stricklin
Arkansas Crime Information Center
East Central Field Agent
5014547413

**From:** Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@arkdhs.onmicrosoft.com>
**Sent:** Friday, December 27, 2024 10:45:01 AM
**To:** timothy.preator@cotyofalexander.org <timothy.preator@cotyofalexander.org>
**Subject:** Undeliverable: Fw: Information follow up re: Asst. Chief Burnett's illegal use of the ACIC


## Delivery has failed to these recipients or groups:

timothy.preator@cotyofalexander.org (timothy.preator@cotyofalexander.org)

Your message couldn't be delivered. The Domain Name System (DNS) reported that the recipient's domain does not exist.

Contact the recipient by some other means (by phone, for example) and ask them to tell their email admin that it appears that their domain isn't properly registered at their domain registrar. Give them the error details shown below. It's likely that the recipient's email admin is the only one who can fix this problem.

For more information and tips to fix this issue see this article: https://go.microsoft.com/fwlink/?LinkId=389361.


**Diagnostic information for administrators:**

Generating server: SJ0PR09MB9633.namprd09.prod.outlook.com

timothy.preator@cotyofalexander.org
Remote server returned '550 5.4.310 DNS domain cotyofalexander.org does not exist [Message=InfoDomainNonexistent]
[LastAttemptedServerName=cotyofalexander.org] [BY1PEPF00012391.namprd09.prod.outlook.com 2024-12-27T16:45:01.857Z 08DD2215862EF0C2]'

Original message headers:

ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;

**Rick Stallings (ACIC)**

| | |
|---|---|
| **From:** | Rick Stallings (ACIC) |
| **Sent:** | Tuesday, December 31, 2024 9:45 AM |
| **To:** | Keith Frazier |
| **Cc:** | Eric Stricklin; Jeff Long; Karen Burgess (ACIC); Lesa Winston (ACIC); Thomas Jones |
| **Subject:** | RE: Misuse of ACIC by Asst. Chief Burnett of the Alexander Police Department |

Mr. Frazier,

We have completed our investigation into the allegations of possible misuse of the ACIC System that you raised. This email is to provide you with the results of that investigation. We found that your information was access on 20241028 at 14:42 by Alexander PD Officer Jessica Burnett. When our Field Agent contacted the department, he was informed by Assistant Chief Preator that Jessica Burnett is no longer with the Alexander Police Department, and he has no knowledge of why she performed the query. Since we have no way of investigating this further, we are closing the investigation into this matter. Please feel free to contact me if you have any questions.



**Rick Stallings**,
Operations Director
Division of Arkansas Crime Information
Arkansas Department of Public Safety

322 South Main Street, Suite 615 | Little Rock, AR 72201
Rick.Stallings@dps.arkansas.gov | (501) 682-7409 office |
(501) 412-5077 cell www.dps.arkansas.gov

**From:** Keith Frazier <melaninrenaissance.finally@gmail.com>
**Sent:** Friday, December 20, 2024 10:41 AM
**To:** Eric Stricklin <ERIC.STRICKLIN@dps.arkansas.gov>
**Cc:** Rick Stallings (ACIC) <rick.stallings@dps.arkansas.gov>
**Subject:** Misuse of ACIC by Asst. Chief Burnett of the Alexander Police Department

Some people who received this message don't often get email from melaninrenaissance.finally@gmail.com. Learn why this is important

Please look into whosoever added libelous information into my criminal history illegally for use as evidence in my civil complaint.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Archive and Retrieval - Multiple Details Report | | | | | | | |
| MRI | MKE | IN_TIME | IN_SEQ | IN_STN | OUT_TIME | OUT_SE | OUT_STN | UID | USERNAME | Message |

**MRI** – is the Message Reference Index.  This is assigned automatically by our system and cannot be changed.  The number is associated with each input or output.  If the numbers are the same, that is the same transaction.

**MKE** – is the Message Key.  This tells us the transaction was ran or the response received.

**IN_TIME** – This is the time and date the message or transaction was sent to the message switch.

**IN_SEQ** – This is the number associated to the transaction from the station submitting the transaction or message.  For example, if FVP8 submitted a QW and the number in this field is 24. That is the 24th transaction from that station on the associated date.

**IN STN** – This is station sending information to the Message Switch.

**OUT_TIME** – This is the time and date the Message Switch sent the request to the destination specified by either the MKE or the IN_STN.

**UID** – This is the unique ID for the person accessing our system.

**USERNAME** – This is the name of the person accessing our system.

**MESSAGE** – This is the information sent or received by the Message Switch.

APD2 – The ACIC access point at Alexander PD

ARKMF – This is the states interface with multiple networks in Arkansas.

NCIC – This is the FBI's database.

NLET – This system connects Arkansas with other states and databases outside of Arkansas.

EXHIBIT 2-E

**Issued by the**

CIVIL **COURT**

SALINE **County, Arkansas**

KEITH L. FRAZIER

v.

ASST. CHIEF BURNETT, ET AL

**SUBPOENA IN A CIVIL CASE**

**CASE NUMBER** 63-CV-24-2132-2

TO: RICK STALLINGS
322 S. MAIN ST., STE. 615
LITTLE ROCK, AR 72201

EMAIL
RICK.STALLINGS@DPS.ARKANSAS.GOV

☐ YOU ARE COMMANDED to appear in the _____ Court of _____ County, Arkansas, at the place, date, and time specified below to testify in the above case.

| Place of Testimony | Courtroom |
|---|---|
| | Date and Time |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the taking of a deposition in the above case.

| Place of Deposition | Date and Time |
|---|---|
| | |

☐ YOU ARE COMMANDED, at the time of the trial, hearing or deposition described above, to produce and permit inspection and copying of the following documents or objects (list documents or objects):

_____

_____

☒ YOU ARE COMMANDED, no more than __21__ business days after receiving this subpoena, to produce and permit   EXHIBIT 9
inspection and copying of the following documents or objects (list documents or objects):

THE UNAVAILABLE ACIC INFORMATION ON PLAINTIFF KEITH L. FRAZIER
SHOWING MISUSE OF THE SYSTEM AND OUTCOME OF INVESTIGATIONS.

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Arkansas Rules of Civil Procedure 30(b)(6).   PLEASE PROVIDE THE RESULT

OF ANY AND ALL INQUIRIES MADE BY THE ALEXANDER POLICE DEPARTMENT IN REGARD TO
................ DATE OF BIRTH 06/02/1965 ON OCTOBER 18, 2024 AS .....

Myka Bono Sample

By: *Jenif Moore*                                    1/9/25

Issuing Officer Signature and Title (Indicate if Attorney for Plaintiff or Defendant)          Date

MYKa Bono Sample    200 N. Main

Benton. AR 72015

Issuing Officer's Name, Address, and Phone Number

## PROOF OF SERVICE

| SERVED | Date | Place |
|---|---|---|
|  |  |  |

| Served on (Print name) | Manner of Service |
|---|---|
|  |  |

| Served by (Print name) | Title |
|---|---|
|  |  |

## DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the State of Arkansas that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
            Date                                  Signature of Server

                                        _____
                                         Address of Server

### NOTICE TO PERSONS SUBJECT TO SUBPOENAS

Regardless of his or her county of residence, a witness subpoenaed for examination at a trial or hearing must be properly served with a subpoena at least two days prior to the trial or hearing, or within a shorter time if the court so orders. The subpoena must be accompanied by a witness fee calculated at the rate of $30.00 per day for attendance and $0.25 per mile for travel from the witness' residence to the place of the trial or hearing. Rule 45(d), Ark. R. Civ. P.

A witness subpoenaed in connection with a deposition must be properly served with a subpoena at least five business days prior to a deposition, or within a shorter time if the court so orders. The witness is required to attend a deposition at any place within 100 miles of where he or she resides, is employed, or transacts business in person, or at such other convenient place set by court order. The subpoena must be accompanied by a witness fee calculated at the rate of $30.00 per day for attendance and $0.25 per mile for travel from the witness' residence to the place of the deposition. Rule 45(e), Ark. R. Civ. P.

A subpoena may command the person to whom it is directed to produce for inspection any books, papers, documents, or tangible things designated in the subpoena. The person subpoenaed may ask the court to quash or modify the subpoena if it is unreasonable or oppressive or to require that the person on whose behalf the subpoena is issued pay the reasonable cost of such production. Rule 45(b), Ark. R. Civ. P. The person subpoenaed may also object in writing to inspection or copying of any or all of the designated materials or seek a protective order from the court. If a written objection is made within ten days of service of the subpoena or on or before the time specified for compliance if such time is less than ten days, the party causing the subpoena to be issued is not entitled to inspect the materials unless the court so orders. Rule 45(e), Ark. R. Civ. P.

When a witness fails to attend in obedience to a subpoena or intentionally evades the service of a subpoena by concealment or otherwise, the court may issue a warrant for arresting and bringing the witness before the court to give testimony and answer for contempt. Rule 45(f), Ark. R. Civ. P.



# Alexander Police Department

**15605 Alexander Road**
**Alexander, Arkansas**
**501-274-4400 / 501-455-5531 (fax)**
**PO Box 610 Alexander, Arkansas 72002**
**www.cityofalexander.com**
**Chief of Police Robert Burnett**



Jessica Burnett is no longer employed by the City of Alexander Police Department as of 12/17/2025. I have no knowledge as to why Burnett ran Mr. Fraizer in ACIC.

Sgt T Preator #204

Alexander Police Department

F 5-25

EXHIBIT
2 - F

**Rick Stallings (ACIC)**

| | |
|---|---|
| **From:** | Eric Stricklin |
| **Sent:** | Friday, December 27, 2024 11:21 AM |
| **To:** | Rick Stallings (ACIC) |
| **Cc:** | Rhonda Ratterree |
| **Subject:** | Fw: Information follow up re: Asst. Chief Burnett's illegal use of the ACIC |

Here is the response for the misuse case at Alexander PD.

Eric Stricklin
Arkansas Crime Information Center
East Central Field Agent
5014547413

**From:** Timothy Preator <timothy.preator@cityofalexander.org>
**Sent:** Friday, December 27, 2024 10:55 AM
**To:** Eric Stricklin <Eric.Stricklin@dps.arkansas.gov>
**Subject:** Re: Fw: Information follow up re: Asst. Chief Burnett's illegal use of the ACIC

Jessica Burnett is no longer an employee of the Alexander Police Department. I have no knowledge of why they ran Mr.Frazier

---- On Fri, 27 Dec 2024 10:53:21 -0600 **Eric Stricklin <Eric.Stricklin@dps.arkansas.gov>** wrote ---

Eric Stricklin
Arkansas Crime Information Center
East Central Field Agent
5014547413

**From:** Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@arkdhs.onmicrosoft.com>
**Sent:** Friday, December 27, 2024 10:45:01 AM
**To:** timothy.preator@cotyofalexander.org <timothy.preator@cotyofalexander.org>
**Subject:** Undeliverable: Fw: Information follow up re: Asst. Chief Burnett's illegal use of the ACIC

## Delivery has failed to these recipients or groups:

timothy.preator@cotyofalexander.org (timothy.preator@cotyofalexander.org)

Your message couldn't be delivered. The Domain Name System (DNS) reported that the recipient's domain does not exist.

Contact the recipient by some other means (by phone, for example) and ask them to tell their email admin that it appears that their domain isn't properly registered at their domain registrar. Give them the error details shown below. It's likely that the recipient's email admin is the only one who can fix this problem.

For more information and tips to fix this issue see this article: https://go.microsoft.com/fwlink/?LinkId=389361.

**Diagnostic information for administrators:**

Generating server: SJ0PR09MB9633.namprd09.prod.outlook.com

timothy.preator@cotyofalexander.org
Remote server returned '550 5.4.310 DNS domain cotyofalexander.org does not exist [Message=InfoDomainNonexistent]
[LastAttemptedServerName=cotyofalexander.org] [BY1PEPF00012391.namprd09.prod.outlook.com 2024-12-27T16:45:01.857Z 08DD2215862EF0C2]'

Original message headers:

ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;

**Rick Stallings (ACIC)**

| | |
|---|---|
| **From:** | Rick Stallings (ACIC) |
| **Sent:** | Tuesday, December 31, 2024 9:45 AM |
| **To:** | Keith Frazier |
| **Cc:** | Eric Stricklin; Jeff Long; Karen Burgess (ACIC); Lesa Winston (ACIC); Thomas Jones |
| **Subject:** | RE: Misuse of ACIC by Asst. Chief Burnett of the Alexander Police Department |

Mr. Frazier,

We have completed our investigation into the allegations of possible misuse of the ACIC System that you raised. This email is to provide you with the results of that investigation.  We found that your information was access on 20241028 at 14:42 by Alexander PD Officer Jessica Burnett.  When our Field Agent contacted the department, he was informed by Assistant Chief Preator that Jessica Burnett is no longer with the Alexander Police Department, and he has no knowledge of why she performed the query.  Since we have no way of investigating this further, we are closing the investigation into this matter. Please feel free to contact me if you have any questions.



**Rick Stallings**,
Operations Director
Division of Arkansas Crime Information
Arkansas Department of Public Safety

322 South Main Street, Suite 615 | Little Rock, AR  72201
Rick.Stallings@dps.arkansas.gov | (501) 682-7409 office |
(501) 412-5077 cell www.dps.arkansas.gov

**From:** Keith Frazier <melaninrenaissance.finally@gmail.com>
**Sent:** Friday, December 20, 2024 10:41 AM
**To:** Eric Stricklin <ERIC.STRICKLIN@dps.arkansas.gov>
**Cc:** Rick Stallings (ACIC) <rick.stallings@dps.arkansas.gov>
**Subject:** Misuse of ACIC by Asst. Chief Burnett of the Alexander Police Department

Some people who received this message don't often get email from melaninrenaissance.finally@gmail.com. Learn why this is important

Please look into whosoever added libelous information into my criminal history illegally for use as evidence in my civil complaint.

# Alexander Police Department
## Officer Complaint Form



EXHIBIT
2-G

Date: OCTOBER 28 2024

Location of event: ALEXANDER POLICE LOBBY

Time of event: APPROX. 1200 TO 1500 HOURS

Incident Number if applicable ____ N/A ____

Name of Citizen filing complaint: PLEADING THE FIFTH (AND FOURTH!)

Citizen's Phone and Email: ERDERS@HOTMAIL.COM (501) 920-2598

Complaint reference to Officer(s) SGT. B. HOBBY, OFC. D. SHAW

Supervisor receiving complaint: HUSBAND AND WIFE TEAM (SPOUSES CANNOT TESTIFY)

Citizens account of the event (Please be as detailed as possible): On Saturday October 26th at apprx. 1200 hours, I (GOOD CITIZEN, DOXED BY ASSISTANT CHIEF BURNETT) walked into my local police dept. (unbeknownst to me it was closed to the public due to lack of any signage listing hours of operation) and found the first entrance empty! I then walked around the back searching for any other entrance, when I was asked by Sergeant B. Hobby (badge 203) and patrolman D. Shaw (badge 209) if I needed assistance. Sgt. Hobby was informed I was seeking to solve a problem before there was a problem and he escalated in an angry voice telling me to leave the premises. He threatened me with DISORDERLY CONDUCT and DISTURBING THE PEACE and I informed him law enforce-ment officers cannot be the complaintant on either of those infractions! More escalation, no listening with intent to understand and a purely unprofessional experience! I then returned to the front lobby (as not to be deterred) and knocked on the AUTHORIZED PERSONNEL ONLY sign. He returned angrier but OFC. SHAW informed him I engaged in NO criminal behavior and I asked if his body cam was on. He said, 'the whole time' and Sgt. Hobby then grabbed me by my right bicep and nudged me to the door forcefully. I informed him of his criminal behavior of ASSAULT (not causing bodily harm) and BATTERY (any unwanted touching-including cameras as extensions to the body). After informing Ofc. Shaw of his legal obligation to intervene we all de-escalated, COMMUNICATED, and came to a state of 'expected respect' We the

Page 1 of 3

Citizen Signature GOOD CITIZEN

# Alexander Police Department
## Officer Complaint Form



Continued from page

the People' deserve from our public servants! I told him I came there without my cameras NOW, but later I'd be back, to be the catalyst that ushers in a new wave of police reforms. NOT TO LITIGATE AGAINST MY OWN INTERESTS! He apologized, I accepted his AUTHENTIC and HEARTFELT apology, and was impressed by OFC. Shaws professionalism, but told him ALL LEO's need alternate training to improve police interaction outcomes.

After taking my cameras first to CITY HALL, I began an investigative journalist campaign to better understand our cities interconnectivity and requested a meeting (of the minds) with our city MAYOR, POLICE CHIEF, and SGT. HOBBY to begin a renaissance in modern policing strategies that don't cost taxpayers large settlement amounts that increase OUR TAXES! Too many law enforcement officers have a laissezfaire attitude to lawsuits and seem to NEVER become circumspect, self improving or proactive to solutions. I am here to fix that! 'There are NO problems, only solutions to life challenges' is my mantra.

NEXT, The nepotism of a husband and wife being at the head of OUR police force is laughable! There should have been an American flag put up before the doors opened... NO EXCUSE! The short conversation style of the chief was bad enough but to have a veiled threat told to Me by the Assistant Chief is unforgiveable! Telling me my past criminal history, (over two decades old-mind you) and using a lift in her voice that 'filing a false police report is a crime... well NO DUH! I have no desire to push charges against a SELF IMPROVING police sergeant, but not recognizing errors and then compounding them is unforgiveable!

SO FAR: VIOLATIONS 18 U.S. CODE § 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, 42 U.S. CODE 1983, 42 U.S. CODE § 1985, 1986 CONSPIRACY AND NEGLIGENCE, 445 U.S. 622 - OWEN V. CITY OF INDEPENDENCE 14TH AMENDMENT - NO DENIAL OF LIFE, LIBERTY OR PROPERTY WITHOUT DUE PROCESS OF LAW. If I am a law-abiding citizen, I AM INVISIBLE to law enforcement UNTIL I BREAK THE LAW! Seeing where my tax dollars go, engaging with my local law enforcement officers ensuring they are upholding their OATH! You remember.. to

Citizen Signature  GOOD CITIZEN

# Alexander Police Department
## Officer Complaint Form



Continued from page

protect and defend the Constitution of the United States, against ALL ENEMIES, both foreign and DOMESTIC. When Sergeant Holt assaulted me he became an OATH BREAKER and an enemy of our Constitution. He shouldn't have put his hands on me! The Supreme Court ruled that citizens who are victims of UNLAWFUL DETAINDER and criminality from law enforcers, aren't just allowed to resist — they are EXPECTED TO!

_____ Assistant Chief bringing up my criminal record in our conversation was "just tacky!" The Chiefs seeming lack of interest in why I came to the police department initially, nor the mission of improving and drastically altering policing to the benefit of the citizenry AND POLICE/COMMUNITY RELATIONS is SURREAL. Watching all of those first amendment audit videos then being thrust into one as its main character was upsetting to say the least! To have an illegal HOLD search of my past and having the audacity to tell it to my face (OBVIOUSLY unaware that it is a crime to use HOLD in that fashion) and talking to someone who served in both the Army Nat'l Guard, then the United States Marine Corp, both teaching proper policing techniques in cases of civil unrest, that I utilized in both the L.A. RIOTS and the Santa Ana earthquake aftermath, LAPD explorer scout as a youth, and innocent of the crime I was convicted of, but was RELEASE EARLY from CUMMINS UNIT for good-time, religious LEY LEADER, "Get your Bibles here, oh QUORAN for you, TORAH for you, okay. ALSO passed my GED (even though I am a 2-year college graduate for my PARALEGAL/ LEGAL SECRETARIAL credentials, I was just BORED and did it to pass the time away in learning! My teacher wished he could clone me for my test scores! I am a PATRIOT! I am a tax payer HERE! I was married in the Alexander gazebo, and my eldest daughter-in-law, and six grandkids are my neighbors _____ RE-READ YOUR OATH OF OFFICE, don't DOX citizens, don't threaten me with ghost, "You know filing a false police report is a crime bullshit" (SINCE I WAS THE VICTIM) Get and use a BWC when asked! HELL... just do better! _____ I expect my meeting with the Mayor and Chief forthwith and expeditiously!

Citizen Signature "GOOD CITIZEN" for fear of retaliation AND intimidation I will invoke my 4th