**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KEITH LAMONT FRAZIER**                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 4:25-CV-00338-LPR**

**CITY OF ALEXANDER, et al.**                                          **DEFENDANTS**

**DEFENDANTS' COMBINED RESPONSE/REPLY TO PLAINTIFF'S FILINGS DOC. 11,
12, 13, 14 AND 15**

It is unclear what the Plaintiff ("Mr. Frazier") is attempting to do in Doc. 11, 12, 13, 14

and 15.  It is even less apparent if Doc. 11, 12, 13 and 14 apply to Separate City Defendants, but

to the extent that they do, the City opposes them.

Regarding Mr. Frazier's Response to Separate Defendant's Motion to Dismiss with

Objections, it appears that it is in response to the Separate County Defendant's Motion to

Dismiss.  To the extent that it addresses the Separate City Defendants, however, it appears that

Mr. Frazier is attempting to introduce video or audio evidence to support the allegations laid out

in his complaint.  Those items were not attached to the complaint and are, therefore, outside of

the pleadings are not allowed at this stage.  Moreover, they were not provided to the undersigned

counsel.  Conversely, Mr. Frazier also appears to reallege allegations from his complaint on page

four of his Response. Therefore, no reply is needed.

Regarding Mr. Frazier's Writs of Mandamus and Quo Warranto, it is unclear what he is

asking for. In this document Mr. Frazier appears to draft an order for the Honorable Judge Brent

D. Houston to sign that dissolves the City of Alexander and that all "rights, privileges and rights

are declared to be forfeited to the PEOPLE." [Doc. 14, p. 3, ¶ 4]   Plaintiff has not provided this

court with any  legal authority authorizing that court or this court to dissolve a city.  It further

1

appears that Mr. Frazier again realleges allegations he made in his Complaint, therefore a reply is unnecessary.

Concerning Doc. 15, it purports to be a response to the Separate Defendants' Motion to Dismiss.  It is, however, for the most part a disjointed rambling of non-sequiturs that provides no factual or legal basis that would provide this court with a reason to not dismiss the Plaintiff's complaint.  Plaintiff's medical records attached thereto at pages 29-30 and 39 speak for themselves.

Respectfully Submitted,

City of Alexander, et al.
**SEPARATE DEFENDANTS**

By:     M. Keith Wren
        Ark. Bar No. 94107
        Attorney for Defendants
        P.O. Box 38
        North Little Rock, AR 72115
        Telephone: (501) 374-3484, ext. 163
        Email: mkwren@arml.org

## CERTIFICATE OF SERVICE

I, M. Keith Wren, do hereby certify that the above and foregoing has been electronically mailed or mailed by ordinary mail with sufficient postage affixed thereon, on April 30, 2025, to:

Keith Lamont Frazier
15202 Peak Loop
Alexander, AR 72202

/s/ M. Keith Wren_____
M. Keith Wren

2