IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 08 2025
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**KEITH LAMONT FRAZIER**                                                                 PLAINTIFF

vs.                                    No. 4:25-CV-00338-LPR

**CITY OF ALEXANDER, et al**                                                          DEFENDANTS

## MOTION FOR DISQUALIFICATION AND RECUSAL

Comes Now, Keith Lamont Frazier, attorney pro se, and for the Motion for Disqualification and Recusal, herein states and allege:

Under 28 U.S. Code § 455    **Disqualification of Justice, Judge, or Magistrate judge**

Pursuant to the Due Process clauses of the United States Constitution requires judges to recuse themselves from cases in *two* situations:

1. In any proceeding in which the judges impartiality might be reasonably questioned. 28 U.S. Code § 455(a)

2. Where there is otherwise a strong possibility that the judge's decision will be **biased**, or he or she is **prejudiced**. 28 U.S. Code § 455(b)

Disciplinary Counsel v. Hoover, Slip Opinion No. 2024-Ohio-4608, The panel that reviewed the allegations found the judge engaged in voluminous violations of the rules governing the conduct of Ohio judges and of lawyers, including rules requiring judges to act at all times to promote public confidence in the judiciary's independence, integrity, and impartiality; to uphold and apply the law; and to be patient, dignified, and courteous to those the judge deals with in an official capacity.

Disciplinary Counsel Relator v. Hon. Leslie Ann Celebrezze - the Court found the judge engaged in a series of transgressions that violated provisions of the Code of Judicial Conduct and the Code of Professional Responsibility, including ex parte communication.

Under 28 U.S. Code § 144    **Bias or Prejudice of Judge**

Whenever a party to any proceeding in a district court makes and files a timely and sufficient **affidavit** that the judge before whom the matter is pending has a personal **bias** or **prejudice**

either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned...

See Code of Judicial Conduct Rule 2:11

## FACTS OF AFFIDAVIT

On May 5th, 2025 at approximately 11 a.m. through 1 p.m., I visited the Little Rock Federal Court building. The security guard who returns your belongings was heard saying, "Is that him?" immediately causing me concern. I was then told I had to be escorted around the building, that I have visited dozens of time previously, **unescorted**. The escorting security officer Roger Howard, followed me to the Clerk of Court office on the left stairs.

I desired a dialogue with Heather Clark afterwards, the Clerk for Judge R. L. Rudofsky for that and other case related issues.

I sent an email to Heather Clark the day previous to the effect of my displeasure with counsel Wren's violation of the Bar Association's Code of Professional Conduct and opening himself up to a potential lawsuit.

His familiarity with the judge was obvious, or he would never have besmirched my good character in his filing, as I am the **victim** of police misconduct, which is the very reason of my lawsuit!

I immediately knew Heather Clark was responsible for a BOLO (Be on the Look Out) being placed for me at the security check point. I still haven't been informed on who requested it formally.

I was then told I had to leave the Court building, without any explanation. I refused, and took a seat in the lobby. I informed Officer Howard that a representative from the office of the Clerk of Judge Rudofsky should come downstairs to meet me, or Heather Clark herself.

He then called his supervisor, security Officer Jim Howington, who demanded I follow him, barking unlawful directives to me like I was some sort of dog! He escalating the situation, while many families where present, festively dressed for Cinco de Mayo, in earshot of his rude and unprofessional behavior.

I had the presence of mind to move where he ordered me, but told him to not speak that way to me again. He continued, non-stop, for our entire interaction.

I then found myself surrounded by 5 security officers, who I usually had a jovial relationship with and told 'dad jokes' or sometimes 'off-color jokes' upon departure, every previous time I visited.

Shortly afterwards, two armed Marshals arrived at the scene asking me questions about my intent and giving me the third degree, but not listening to me at all. Supervisor Bumman of the

Marshals arrived and de-escalated the situation, listened intently, and acted professionally, while security supervisor Howington acted totally unprofessionally! When I asked him the 5 fundamental freedoms WE THE PEOPLE are granted, an unnamed Marshal grabbed me by the elbow forcefully, telling me not to move toward the beligerant officer Howington. (I had no intentions to behave in any way that armed Marshals would need to engage with me, in any fashion)!

I demanded he unhand me, and if he battered or assaulted me again, I would defend myself! He eventually removed his hands from my elbow, when supervisor Bumman interceded. I saw a paper with my face plastered on it by one of the Marshals.

At that time, I was called by name, by Heather Clark. I gained my composure after being assaulted and we talked calmly and casually. I asked why my INITIAL SCHEDULING ORDER for my case was not given, my response to APPOINTMENT OF COUNSEL, nor an answer to the numerous MOTIONS TO DISMISS in my lawsuit by Judge Rudofsky. I was not given answers that made any logical sense.

Judge Billy Roy Wilson provided me answers immediately, although for unscrupulous reasons, that I will detail in front of a jury, if necessary, for my APPEAL and JUDICIAL CONDUCT PROCEEDING which are ongoing.

I have since FOIA requested the security video footage, but have been given the run-around. The D.C. office of Professional Responsibility and Internal Affairs has been apprised of the incident, and informed me on how to get the footage. I was misinformed twice at the Little Rock Marshals office.

I feel all of this was intimidation tactics, aimed at delay (which is unlawful), and a obvious attempt to deny me my justice for my case. If Heather Clark acted as an agent of Judge Rudofsky, or on her own recognizance, it doesn't matter. His bias and prejudice against me and my case is now at question.

His ex parte communication with Municipal League counsel Matthew Keith Wren, and their seeming comfort at allowing besmirching my character, is grounds for disqualification and recusal.   See CODE OF JUDICIAL CONDUCT Rule 2.11 - Disqualification.

I have contacted Senator Tom Cotton, who informed me to call my local Representative Childress, whom I have spoken to at length, Representative RJ Hawk as well, who is looking into the matter, and I stay in constant contact with all local news stations.

I demand a prompt response to this matter.

## AFFIDAVIT

I, KEITH LAMONT FRAZIER the undersigned, do solemnly swear, declare, and depose, that I am competent to state the matters set forth herein, and I swear, under Penalty of Perjury, that everything stated is True, Correct, Certain, Admissible as Evidence, and not meant to be Misleading.

Signed By: _____

Printed Name: KEITH L. FRAZIER

## RESIDENCY AND PARTIES

- Plaintiff, KEITH LAMONT FRAZIER, was at all times relevant, a citizen and resident of 15202 Peak Loop, Alexander, AR 72002.

## BASIS FOR VENUE AND JURISDICTION

Under 28 U.S.C. § 1391, venue for this case arises under the United States Constitution or federal laws or treaties. Jurisdiction for this case under 28 U.S.C § 1331.

Respectfully submitted,

KEITH LAMONT FRAZIER
*Attorney Pro Se*
15202 Peak Loop
Alexander, AR 72002
(501) 507-2146
melaninrenaissance.finally@gmail.com