IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEITH LAMONT FRAZIER                                                                                          PLAINTIFF

VS.                                           CASE NO. 4:25-CV-00338 LPR

THE CITY OF ALEXANDER, ARKANSAS,
A Body Corporate and Politic, CHIEF ROBERT BURNETT,
In His Individual and Official Capacity as
the Chief of Police, ASSISTANT CHIEF JESSICA BURNETT,
In Her Individual and Official Capacity as
Assistant Chief for the Alexander Police
Department, SGT. B. HOBBY, In His Individual
and Official Capacity as a Police Officer for the
City of Alexander, Arkansas, GARY ROBERTSON JR.,
In His Individual and Official Capacity as Police Officer
for the City of Alexander, Arkansas                                                                        DEFENDANTS

## MOTION TO BE RELIEVED AS COUNSEL

Comes undersigned counsel **Austin Porter Jr., d/b/a PORTER LAW FIRM**, and for his motion to be relieved as counsel, he states the following:

1. The plaintiff filed his *pro se* complaint in the Saline County Circuit Court on March 7, 2025.

2. The defendants filed a *Notice of Removal* on April 9, 2025.

3. On May 9, 2025, this Court entered an order dismissing some of the claims brought by the plaintiff, and then appointed undersigned counsel to try and salvage the plaintiff's complaint.

4. The Court directed undersigned counsel to file an amended complaint within sixty (60) days of May 9, 2025, or by July 8, 2025.

5.	Undersigned counsel has submitted an amended complaint to the plaintiff, but he is determined to go in a different direction, and is refusing to accept counsel's advice, to the point that the attorney/client relationship has been irreparably harmed.

6.	Undersigned counsel is requesting to be relieved as the attorney of record, so that the plaintiff can pursue his claims as he sees fit.

THEREFORE, the undersigned counsel requests that his motion be granted, and for all other just and proper relief.

Respectfully submitted,

Austin Porter Jr.
Bar Number 86145
PORTER LAW FIRM
The Tower Building
323 Center Street, Suite 1300
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
E-mail: Aporte5640@aol.com

CERTIFICATE OF SERVICE

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas – Central Division, on the 19th day of June 2025 using the CM/ECF system, which is designed to send notification of such filing to the following:

| M. Keith Wren | Daniel Knox Faulkner |
| Arkansas Municipal League | Owens & Parker Law Firm, P.A. |
| 301 West Second Street | 1312 Oak Street |
| North Little Rock, Arkansas 72114 | Conway, Arkansas 72034 |
| | |
| Email: mkwren@arml.com | Email: faulkner@jowenslawfirm.com |

2

Keith Lamont Frazier
15202 Peak Lopp
Alexander, Arkansas 72202

Email: melaninrenaissance.finally@gmail.com

                                        Austin Porter Jr.