**From:**                          Keith Frazier <melaninrenaissance.finally@gmail.com>
**Sent:**                          Tuesday, June 24, 2025 9:23 AM
**To:**                            Heather Lyvers-Clark
**Subject:**                       Fwd: Hearing on Motion

**CAUTION - EXTERNAL:**

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jun 24, 2025
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
                    DEP CLERK
```

---------- Forwarded message ---------
From: **Aporte5640** <aporte5640@aol.com>
Date: Sun, Jun 22, 2025, 1:12 PM
Subject: Hearing on Motion
To: Keith Frazier <melaninrenaissance.finally@gmail.com>
Cc: AUSTIN PORTER JR <aporte5640@aol.com>


Mr. Frazier:

The Court has set the date of June 24, 2025 - Tuesday, at 2:00 p.m. for the hearing
on my motion to be relieved as counsel.

Austin Porter Jr.

 **CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
 when opening attachments or clicking on links.