| | |
|---|---|
| **From:** | Keith Frazier <melaninrenaissance.finally@gmail.com> |
| **Sent:** | Tuesday, June 24, 2025 9:24 AM |
| **To:** | Aporte5640; Heather Lyvers-Clark |
| **Subject:** | Re: Frazier v. The City of Alexander |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jun 24, 2025
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
DEP CLERK

**CAUTION - EXTERNAL:**

On Thu, Jun 19, 2025, 4:39 PM Aporte5640 <aporte5640@aol.com> wrote:

> Mr. Frazier:
>
> I can see that this relationship is not going to work out. It is quite obvious to me that you do not want my services. Therefore, I will be filing a motion to be relieved as your attorney.
>
> Austin Porter Jr.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.