**From:** Keith Frazier <melaninrenaissance.finally@gmail.com>
**Sent:** Tuesday, June 24, 2025 9:23 AM
**To:** Aporte5640@aol.com; Heather Lyvers-Clark
**Subject:** Re: Corrections needed

**CAUTION - EXTERNAL:**

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jun 24, 2025
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
         DEP CLERK
```

On Thu, Jun 19, 2025, 10:50 AM Keith Frazier <melaninrenaissance.finally@gmail.com> wrote:

> The title should be 'Second Amended Complaint'
> Line 2 lists my name as Raymond Kelly?
> I was in the California National Guard before also joining the United States Marines.
> Robert Burnett is the chief, which should be on line 4.
> Jessica Burnett is Needed on line 4, with pronoun her.
> Line 7 has Gary Robertson as deputy sheriff, he is an Investigator.  A Terry Roper is added which needs removal.
> Line 8, both Army National Guard and Marine.
> If you merge your work product with my Amended Complaint information, all bases should get covered.
> Intentional Infliction of Emotional Distress should be added as well.
> Call me to set up an appointment to meet to ensure accuracy please.
> Thanks,
> Keith L. Frazier

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.