| | |
|---|---|
| **From:** | Keith Frazier <melaninrenaissance.finally@gmail.com> |
| **Sent:** | Tuesday, June 24, 2025 9:25 AM |
| **To:** | Aporte5640; Heather Lyvers-Clark |
| **Subject:** | Re: Draft Complaint - Attorney Client Privilege |

**CAUTION - EXTERNAL:**

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jun 24, 2025
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
    DEP CLERK
```

On Thu, Jun 19, 2025, 12:02 PM Aporte5640 <aporte5640@aol.com> wrote:

> Mr. Frazier:
>
> The unlawful use of the ACIC is not a cause of action that you can bring. As Judge Rudofsky states, it is also not a federal cause of action. In order to be a search violation, there must a search of your person, your home, or your car, or going into your computer. You also state that the spouse should be vicariously liable due to the actions of their subordinates such as her husband, that is not the law. Violation of fraternization and nepotism laws are not claims that you can bring. If you are only concerned about ACIC violation, then you need to contact the prosecuting attorney, and maybe drop this case. Ark. Code Ann. 12-12-212 makes it a criminal offense to access the ACIC unlawfully, and it is only a Class A misdemeanor, and in some cases it could be a Class D felony. You also mentioned 12-12-1002, which provides for criminal penalties upon a conviction of violating the ACIC provision.
>
> You are trying to create claims that really do not exist. Again, I have been practicing civil rights law for almost thirty-nine (39) years, and I know when there is a constitutional violation. About the only thing that I see in your case is when the officer told you to shut up, and placed his hands on you and put you out of the police station, and that is really not much.
>
> Austin Porter Jr.
>
>
> On Thursday, June 19, 2025 at 10:08:29 AM CDT, Keith Frazier <melaninrenaissance.finally@gmail.com> wrote:
>
>> The unlawful use of the ACIC is the cause of action under the 4th Amendment. To be secure in my papers. Violation of Arkansas Code Annotated 12-12-212, and 12-12-1002. Since the chief is the spouse of the assistant chief, the actions of his officers fall on him. Since the family benefits from unlawful use of the ACIC apply, it makes 12-12-1002 apply. They violated the Fraternization and Nepotism policy in their Police Policies and Procedures manual. I have it filed as evidence already. Simple Battery and Assault are not my main concern with this case at all. Her unlawful use of the ACIC is.
>>
>> On Wed, Jun 18, 2025 at 9:31 PM Aporte5640 <aporte5640@aol.com> wrote:

> Mr. Frazier:
>
> Enclosed please find a draft of the Amended Complaint that Judge Rudofsky ask that I prepare.  I am having some difficulty trying to frame a cause of action.  Typically, when I file a civil rights complaint on behalf of a plaintiff, they have suffered from an unreasonable seizure, such as being arrested, or being shot.  As I understand the facts of your case, you were never arrested by Sgt. B. Hobby, but he did in fact take hold of you and forcibly removed you from the police building.  By him taking hold of you, one could argue that you were "seized" within the meaning of the Fourth Amendment.  In order to have a Fourth Amendment violation, you have to show that you were "seized" and that the seizure was "unreasonable."  I have also couched this complaint in terms of a First Amendment violation.  I have alleged that when you went to the Police Department on or about October 26, 2024, you went there to protest the fact that the City of Alexander was not displaying the American flag on public property, nor was it displaying the flag on city police cruisers, and on the police uniforms.  I alleged that when you voiced your opposition to this failure to display the American flag, you were retaliated against by Hobby grabbing you, and telling you to "shut your mouth!" and then forcibly removing you from the police department.
>
> Also, although Robertson is a named defendant, I do not have any facts that would support a cause of action against him.  You mentioned in your Amended Complaint that he was disrespectful to you and your wife, which is not a cause of action.
>
> I believe you indicated that you had an amended complaint.  However, I have not seen that.  You can email me your thoughts.
>
> Austin Porter Jr.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.