| | |
|---|---|
| **From:** | Keith Frazier <melaninrenaissance.finally@gmail.com> |
| **Sent:** | Tuesday, June 24, 2025 9:24 AM |
| **To:** | Aporte5640; Heather Lyvers-Clark |
| **Subject:** | Re: Draft Complaint - Attorney Client Privilege |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jun 24, 2025
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
DEP CLERK

**CAUTION - EXTERNAL:**

On Wed, Jun 18, 2025, 9:31 PM Aporte5640 <aporte5640@aol.com> wrote:

> Mr. Frazier:
>
> Enclosed please find a draft of the Amended Complaint that Judge Rudofsky ask that I prepare. I am having some difficulty trying to frame a cause of action. Typically, when I file a civil rights complaint on behalf of a plaintiff, they have suffered from an unreasonable seizure, such as being arrested, or being shot. As I understand the facts of your case, you were never arrested by Sgt. B. Hobby, but he did in fact take hold of you and forcibly removed you from the police building. By him taking hold of you, one could argue that you were "seized" within the meaning of the Fourth Amendment. In order to have a Fourth Amendment violation, you have to show that you were "seized" and that the seizure was "unreasonable." I have also couched this complaint in terms of a First Amendment violation. I have alleged that when you went to the Police Department on or about October 26, 2024, you went there to protest the fact that the City of Alexander was not displaying the American flag on public property, nor was it displaying the flag on city police cruisers, and on the police uniforms. I alleged that when you voiced your opposition to this failure to display the American flag, you were retaliated against by Hobby grabbing you, and telling you to "shut your mouth!" and then forcibly removing you from the police department.
>
> Also, although Robertson is a named defendant, I do not have any facts that would support a cause of action against him. You mentioned in your Amended Complaint that he was disrespectful to you and your wife, which is not a cause of action.
>
> I believe you indicated that you had an amended complaint. However, I have not seen that. You can email me your thoughts.
>
> Austin Porter Jr.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.