# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KEITH LAMONT FRAZIER**                                                                 **PLAINTIFF**

v.                              Case No. 4:25-cv-00338-LPR

**CITY OF ALEXANDER, et al.**                                                         **DEFENDANTS**

## ORDER

In the last several days, the Court has received the attached emails from Mr. Frazier. To the extent Mr. Frazier is requesting that these emails be filed as of record by the Court (and then considered by the Court), that request is denied. Mr. Frazier is represented by counsel.[1] And as the Court has previously made clear, it is Mr. Frazier's counsel (and not Mr. Frazier himself) who may make record filings.[2] The venerable rule that filings be made by a represented party's counsel (as opposed to the represented party) is necessary for the efficient, effective, and fair administration of justice.[3]

Additionally, the Court notes that Mr. Frazier did not copy counsel for the remaining Defendant on the attached emails and that these emails were substantive (as opposed to administrative) in nature. The Court has a responsibility to prevent such ex parte communications.

---

[1] *See* May 9, 2025 Order (Doc. 23) at 7. The Court appointed counsel for Mr. Frazier at his request. *See id.*; Mot. to Appoint Counsel (Doc. 12). When counsel moved to withdraw, the Court suggested that it would allow counsel's withdrawal if Mr. Frazier consented to it. *See* June 24, 2025 Hr'g Tr. (rough) at 2:18:53–2:19:24. But Mr. Frazier opposed the Motion, signaling his desire for counsel to continue the representation. *See id.* at 2:24:57–2:25:23. In line with this desire, the Court denied counsel's request to withdraw and required counsel to continue representing Mr. Frazier. *See id.* at 3:09:23–3:10:26; June 24, 2025 Order (Doc. 27).

[2] *See* May 9, 2025 Order (Doc. 23) at 7 n.38.

[3] *See United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017) ("A district court is not required to 'entertain pro se motions filed by a represented party.'" (quoting *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001))); *see also* Local Rule 5.5(c)(1) ("Parties represented by counsel. Every pleading, motion, or other paper . . . filed [on] behalf of a party represented by counsel shall be signed by at least one attorney of record . . . .").

In light of the foregoing, the Court repeats its prior Order regarding Mr. Frazier's communications and interactions with the Court in this case:

> *With respect to the instant case*, so long as Mr. Frazier has appointed counsel, Mr. Frazier may only communicate with the Court and court staff through that counsel. The Court directs the Clerk not to accept further pro se filings *in this case* and directs the court staff not to speak with Mr. Frazier *about this case* outside the presence of Mr. Frazier's appointed counsel.[4]

To be absolutely clear, unless Mr. Frazier terminates his appointed counsel or the Court allows said counsel to withdraw, Mr. Frazier may not himself file documents in this case and may not himself send emails to, write letters to, or call court staff about this case (including but not limited to Ms. Clark). Mr. Frazier's counsel must be the one to file documents and communicate with the Court on behalf of Mr. Frazier in this case. And court staff may not speak to Mr. Frazier about this case without his counsel present (if the communication is live or by phone) or copied on the communication (if the communication is by email).[5]

Mr. Frazier is prohibited from violating the Court's prior Order and today's Order.[6] Any future violations of any of the prohibitions set out in the Court's prior Order and today's Order may result in sanctions, including but not limited to contempt proceedings.

---

[4] May 9, 2025 Order (Doc. 23) at 7 n.38 (emphases added).

[5] The prior Order and today's Order concern and are limited to only the case at bar. They do not concern or apply to any other case that Mr. Frazier has filed in the past or will file in the future. They also do not apply to any judicial complaint that Mr. Frazier has filed in the past or will file in the future. Absent orders from other judges or an applicable local rule, court staff remain free to communicate with Mr. Frazier himself about, and accept filings from Mr. Frazier himself in, any case or complaint except for the case at bar.

The Court also notes that, with respect to the case at bar, if Mr. Frazier's counsel chooses to do so, he may certainly copy Mr. Frazier on any communication between counsel and the Court concerning this case. And court staff may communicate with Mr. Frazier about this case so long as Mr. Frazier's counsel is present (either live or electronically) and so long as those communications do not violate the rule against ex parte communications.

[6] Mr. Frazier is also (and independently) prohibited from engaging in any ex parte communications with the Court or court staff concerning the instant case. For purposes of this Order, "ex parte communications" means substantive communications about the instant case made outside the (live or electronic) presence of counsel for any defendant in the case.

IT IS SO ORDERED this 10th day of July 2025.

*[signature]*
_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **From:** | Keith Frazier <melaninrenaissance.finally@gmail.com> |
| **Sent:** | Wednesday, July 2, 2025 4:59 PM |
| **To:** | Austin Porter, Jr.; Heather Lyvers-Clark; news@thv11.com; newsroom@katv.com; www.news@fox16.com |
| **Subject:** | Annulments and reversals of unconstitutional Orders |

**CAUTION - EXTERNAL:**

As mentioned on record, the Orders denying me the right to file documents in my own case, save through appointed Counsel, violates my Constitutional rights. This must be rectified by annulment or reversal of the unconstitutional Orders, as not to show Prejudice and Bias in my case.
If there is no amendment or correction doing so, I formally request my Disqualification and Recusal filing to be re-filed by Counsel.
My interests in this matter are as follows: Impartial jurisprudence, where truth and facts are respected.
No further violations of the Code of Judicial Conduct.
No further violations of the Federal Rules of Civil Procedure, and a moral compass, not mandates, but sorely lacking and much needed.
The delay tactics must cease, and be replaced by a 'fast-track' schedule to avoid the very appearance of impropriety.
Conflict of interest issues are the outcome of failure to annul unconstitutional Orders, halt violations of my rights, and no more bad faith arguments proving bias.
If not addressed, schedule another hearing to discuss it, on the record.
Keith L. Frazier

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Keith Frazier <melaninrenaissance.finally@gmail.com> |
| **Sent:** | Monday, July 7, 2025 6:59 AM |
| **To:** | Austin Porter, Jr.; Heather Lyvers-Clark; C.Herrmann@cityofalexander.org; therandompatriot@gmail.com; newsroom@katv.com |
| **Subject:** | Conflict of Interest |

**CAUTION - EXTERNAL:**


This week will be the test to see if the rule of law has meaning. I am initiating a civil and criminal case against Judge Lee P. Rudofsky. I am aware of the seriousness of the matter, but I have no other choice to ensure his unconstitutional and unlawful behavior ceases immediately.
Judge Rudofsky has engaged in witness intimidation, (a serious crime) with an attempt on May 5, 2025. His lying about not being responsible for the BOLO is laughable.

I have a subpoena duces tacum prepared to demand the documentation that FOIA requests have so far failed to produce.

Obstruction of Justice charges as well, failure to properly disqualify and recuse, and violations of my Constitutional rights. I am going to hold him and anyone aiding in his conspiracy to violate my rights accountable!
The news crews are already apprised,

The Random Patriot YouTube first Amendment auditor.

The Eighth Circuit Court of Appeals is aware of Judge Rudofsky's criminal behavior. A Judicial Complaint Proceeding (JCP) has been initiated as well.

The case, Frazier v Doe(s), et al, 4:25-CV-624-BSM.  The very appearance of impropriety is justification for recusal.

Being obviously biased against me and inhibiting any proceeding of my case to trial, has been evidenced throughout Judge Rudofsky's management.

He failed to meet deadlines mandated in the Federal Rules of Civil Procedure, regarding scheduling. He removed my filed docket items, to have them unable to be referenced. Denying my ability to Object to his rulings and have no ability to prove my case later at Appeal. Judge Rudofsky is seemingly out of control, violates the Oath of Office he swore to uphold, and Canons of the Code of Judicial Conduct (CJC), as well as the Constitution of the United States.

 His immediate removal will also disable his providing aid and comfort to criminal law enforcement officers, which makes him an accessory after-the-fact to their crimes.

The Supreme Court of Arkansas per curiam report comprised a change to 2 rules on June 12, 2025 regarding judicial misconduct.

I will have appointed counsel draft the necessary documents to facilitate Judge Rudofsky's recusal.

Keith L. Frazier

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Keith Frazier <melaninrenaissance.finally@gmail.com> |
| **Sent:** | Tuesday, July 8, 2025 12:07 PM |
| **To:** | Heather Lyvers-Clark; Austin Porter, Jr.; newsroom@katv.com; news@thv11.com; therandompatriot@gmail.com |
| **Subject:** | Judge ERRED in citation of Buttercase v Frakes |

**CAUTION - EXTERNAL:**

The decision to recuse is at the standard of 'even the appearance of impropriety is justification for recusal'.
I have absolutely no trust in the jurisprudence, honesty, nor competent adjudication from the judge.
But that's not relevant!  He presides over a case where a party in the case has a lawsuit against them. End of discussion, recuse yourself and next time use AI for citing case law, since 'judge shopping' is not pertinent to a judge who disregards the Federal Rules of Civil Procedure.  Rule 26(f) to be specific.  I have a need for a signed affidavit from the judge, who is a known liar!
Once you get the affidavit on the docket, I will schedule your deposition, which I have had written for 2 months now.
You appointed counsel AFTER removing my 'Motion Objecting to Orders, Rulings and Findings' to a 'scheduling order' to keep it off of the docket!  Dates on filings prove this.
I have submitted it to my lawsuit against you as an exhibit.
Truth and law are on my side.  Lies, cover-ups and corruption are on yours.

Read the Arkansas Supreme Court Per Curiam Report, dates June 12, 2025 and know that 2 changes to the Judicial Code of Conduct are at issue that makes citation of Nebraska state law, Buttercase v Frakes irrelevant.
You have engaged in 'serious crime' under statute and federal law!  Witness intimidation is a crime!
Interference with the administration of justice, false swearing, misrepresentations, fraud, deceit, conspiracy, etc.
You don't have to leave the state to find an excuse to not recuse yourself.  Do so now, and the JDDC complaint I am to report will not have the sanctions that will force compliance.
The rule changes also allow for suspension for 'other misconduct,' which includes but is not limited to "witness intimidation, retaliation, or a threat thereof'.
Another portion of the code of conduct states that a judge "shall cooperate and be candid and honest with judicial and lawyer disciplinary agencies" and must not retaliate against a person known or suspected to have assisted with an investigation" of judicial misconduct.
I have the Lord's Word to finalize my point. "All things done in darkness shall come to the light"!

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | melaninrenaissance.finally <melaninrenaissance.finally@gmail.com> |
| **Sent:** | Wednesday, July 9, 2025 4:14 AM |
| **To:** | Aporte5640; Heather Lyvers-Clark |
| **Cc:** | Heather Lyvers-Clark; therandompatriot; news; newsroom |
| **Subject:** | Response to Order by Judge Rudofky |

**CAUTION - EXTERNAL:**


Docket 34 'Text Entry Only': no pdf file attached, is an Order by Judge Rudofky that I must utilize YOUR access to the ECM -PACER system to respond to.
Expect me to bring you my Response to Order in the coming days.
The unconstitutional Order denying me the ability to file documents on my own behalf hampers my ability to respond myself to said Order.
I will, of course rebut the cited case law, Buttercase v Frakes, and remind all parties of the Arkansas Supreme Court Per Curiam Report which is not only local, recent, and relevant, but from the highest court in OUR state!  It lays out unambiguous guidelines for the needed response for the judge to recuse himself!
The JDDC complaint is to follow. That requires no intervention on your part.
I will need this Response to Order submitted to the docket immediately.
I regret the intrusive nature of having you to get in the middle of this, but judge's Orders (as unlawful as they are) makes any other options unavailable to me.
I apologize in advance.
I advised you to the unscrupulous and unlawful behavior of the judge, and my vehement distrust of his jurisprudence.  I also advised you that I would defend myself against any and all delay tactics and underhanded barriers placed in my way.  This is simply proof that I can be held to my word!
This judge had better pull his head out of his 3rd point of contact, and get his elbows off of the blind scales of justice!
He doesn't take this case, nor my crusade for justice seriously. Myself as well, but I am sure he's received an epiphany now!
Pro se litigants receive little respect because my curriculum vitae isn't Cornell University BA and MPA, nor Harvard Juris Doctor, but the law is in the books that I have read, as well he should have.
He will learn respect for me and my case regardless.
Citing Buttercase v Frakes is cartoonish and weak.  I'm seeing a spy spoof bad guy whenever I see the perversions to the law this judge utilizes to marginalize my case.  That's why he never cited case law nor precedent to attach to any order, including requirements to only file through appointed counsel.  Not even to allow FREE SPEECH to the clerks of court to talk to me, save without counsel present.
Madness!
He either fears me, or underestimates me.  Both to his detriment.  Any court proceeding is adversarial, but the judge seems to be the ONLY adversary, and I will not be denied my justice.  Know this, and if you communicate with the judge (ex parte or otherwise), let him know that he's supposed to be only calling balls and strikes, and quit running interference for criminal law enforcement officers!
I will be in touch soon.

Keith

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.