IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEITH LAMONT FRAZIER**                                                                                   **PLAINTIFF**

v.                                     Case No. 4:25-cv-00338-LPR

**CITY OF ALEXANDER, et al.**                                                                          **DEFENDANTS**

## ORDER

Today, Mr. Porter has filed a second motion to be relieved as Mr. Frazier's counsel. At first glance, it appears that this second motion is consistent with the Court's discussion held on the record at the June 24, 2025 hearing. That is, Mr. Porter appears to have made all appropriate efforts to work with Mr. Frazier. It also appears those efforts have failed.

In the light of this, the Court orders Mr. Frazier to file a brief stating his position as to the following questions. First, does Mr. Frazier object to Mr. Porter being withdrawn as his counsel? Second, if the Court allows Mr. Porter to withdraw, does Mr. Frazier wish for the Court to appoint new counsel or does Mr. Frazier wish to proceed pro se? Mr. Frazier must file his brief within seven days of the date of today's Order. The Court will then decide whether to allow Mr. Porter to withdraw (which it is likely to do) and whether to appoint new counsel or have Mr. Frazier proceed pro se.[1]

The Court hereby extends the deadline for the filing of a proposed amended complaint by another thirty days, such that the new deadline is August 18, 2025.

IT IS SO ORDERED this 11th day of July 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] If Mr. Frazier proceeds pro se, the Court will of course remove the restrictions on Mr. Frazier filing documents himself in this case and communicating with the Court himself about this case. The rule against ex parte communication will still remain in place.