**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 14 2025

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CASE NO. 4:25-CV-00338-LPR

Frazier v. City of Alexander, et al
Assigned to: Judge Lee P. Rudofsky
Nature of Suit: 440 Civil Right: Other

Date Filed: 07/10/2025
Jury Trial: Plaintiff
Jurisdiction: U.S. Government Defendant
Trial Date: Not Given

**Plaintiff**

Keith Lamont Frazier

*Pro se*
15202 Peak Loop
Alexander, AR 72002
(501) 507-2146
Email: melaninrenaissance.finally@gmail.com

V.

**Defendant(s)**

City of Alexander, et al    represented by    M. Keith Wren
Attorney at law
P.O. Box 38
301 West Second Street
North Little Rock, AR 72115-0038

## RESPONSE TO ORDER WITH BRIEFS

COMES NOW, Keith Lamont Frazier, attorney pro se, and hereby states:

1. No, I have no objections whatsoever to the release as my appointed counsel, one Austin Porter, Jr.

   - For the record, unscrupulous delay tactics are unlawful, and those who engage in them have statutes against that type of behavior, and they are actionable.

   - As stated in his email explaining his justifications for desiring to be removed as my counsel, I discussed with him his online ratings, which were abysmal.

   - I am aware that the 'Appointment of Ineffectual Counsel' statute is to be used solely for public defenders. Nonetheless, I must say I was indeed appointed ineffectual counsel! His office looks like the mafia found what they were searching for. As for his work product, even the letter full of his justifications for desire to discontinue being my counsel, had syntax errors, typos, and grammatical errors.

- He stated he was to 'salvage' my case. How was I influential in keeping him from doing so? I live in the City of Alexander. He works on the tenth floor of the Tower Building. Was I a deterrent to his work product from simply calling him to remind him of the judge's deadline?

- He continuously boasts about being a civil rights attorney for 39 years, okay. But that doesn't mean you've been doing it right! I have 'Shepardized' numerous attorney's work product after proofreading. I saved those attorneys from embarrassment and case loss from citing overturned, outdated, or altered statutes.

- I have had dozens of law enforcement officers apologize to me, many whom I call friend, that become aware of correct policing practices, after doing it incorrectly for decades.

2. Finally, yes, I desire appointed counsel.

- I pray his ratings are more than one star, as was Austin Porter, Jr.'s. I have numerous attorney friends who know Austin, and told me what I now know to be true. Bishop Steven Womack said he is a good attorney, but you need to stay on him. I spoke with Professor Emeritus Herman Kane about him as well, and heard the same. Regardless, he wished me well, and the unnecessary waste of my time is my only regret. I have no hard feelings towards him, but he truly needs to polish up his act and hold himself to higher standards. From the attorneys I have worked for, he is an embarrassment to the profession.

Respectfully Submitted,

*/s/ Keith L. Frazier*

Keith L. Frazier
15202 Peak Loop
Alexander, AR 72002
(501) 507-2146
Email: melaninrenaissance.finally@gmail.com